| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA | |
| Case number (if known) | Chapter  11 |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  85-3323494

**4. Debtor's address**

Principal place of business

215 Paper Mill Rd
Lawrenceville, GA 30046
Number, Street, City, State & ZIP Code

Gwinnett
County

Mailing address, if different from principal place of business

12945 Seminole Blvd, A200
Largo, FL 33778
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business
215 Paper Mill Rd Lawrenceville, GA 30046
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)**  https://www.thecarolinaapartments.com

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**   Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** that apply:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

Debtor  **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**  Case number (*if known*) _____
Name

| | | | | | |
|---|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | **1291 Britain Dr., PCPRE, LLC** | | Relationship | **affiliate** |
| | District | **N.D.Ga** | When | **5/05/25** | Case number, if known |

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

---

■    **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 5, 2025**
MM / DD / YYYY

**X /s/ Randy Lawrence**          **Randy Lawrence**
Signature of authorized representative of debtor          Printed name

Title  **Authorized Officer**

**18. Signature of attorney**

**X /s/ Ashley Reynolds Ray**          Date  **May 5, 2025**
Signature of attorney for debtor          MM / DD / YYYY

**Ashley Reynolds Ray 601559**
Printed name

**Scroggins, Williamson & Ray, P.C.**
Firm name

**4401 Northside Parkway**
**Suite 230**
**Atlanta, GA 30327**
Number, Street, City, State & ZIP Code

Contact phone  **404-893-3880**          Email address  **aray@swlawfirm.com**

**601559 GA**
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May  5, 2025         X /s/ Randy Lawrence
                                                 Signature of individual signing on behalf of debtor

                                                 **Randy Lawrence**
                                                 Printed name

                                                 **Authorized Officer**
                                                 Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Clean 2 Go Services LLC<br>2065 Waycross Lane<br>Dacula, GA 30019 | Billy Arrieta<br><br>clean2go2021@gmail.com<br>(470) 408-8454 | Balance due for services rendered | | | | $21,610.00 |
| Drew Eckl Farnham<br>303 Peachtree St, NE<br>Ste 3500<br>Atlanta, GA 30308 | Matt Nanninga<br><br>Nanningam@deflaw.com<br>(404) 885-6221 | Balance due for services rendered | | | | $17,040.00 |
| M&B General Contractors LLC<br>780 Riverview Lane<br>Winder, GA 30680-3147 | Miguel Soto<br><br>MBcontracting21@gmail.com<br>(724) 757-9885 | Balance due for services rendered | | | | $10,465.00 |
| Chadwell Supply, Inc.<br>PO Box 105172<br>Atlanta, GA 30348-5172 | Jody Carder<br><br>Jody.Carder@ChadwellSupply.com<br>(678) 293-8454 | Balance due for services rendered | | | | $7,333.18 |
| Elsner's Superior Flooring Inc<br>1800 Wilson Way SE # 3<br>Smyrna, GA 30082 | Larry Elsner Jr<br><br>Superiorflooring@bellsouth.net<br>(770) 319-8885 | Balance due for services rendered | | | | $6,677.96 |
| Duenas Drywall & Remodeling LLC<br>1841 Shady Creek Ln<br>Lawrenceville, GA 30043 | Agustin Duenas Martinez<br><br>projects@duenasdrywallremodeling.com<br>(678) 377-4730 | Balance due for services rendered | | | | $6,645.00 |

Debtor   **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**                                         Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 44 Appliance & Supply Co. Inc. 8105 Cobb Center Dr C Kennesaw, GA 30152 | Sabrina Foster  SabrinaFoster@appliancesupply.com (770) 426-514 | Balance due for services rendered | | | | $6,330.10 |
| B&B Home Maintenance PO Box 426 Rex, GA 30273-0426 | Jean Bosue  info@bandbhome.com (770) 474-5783 | Balance due for services rendered | | | | $6,305.00 |
| Dispo Depot LLC dba Renters Reference 2323 Perimeter Park Dr Suite 120 Atlanta, GA 30341 | Brian Burkhalter  info@dispo-depot.com (770) 458-0729 | Balance due for services rendered | | | | $5,711.00 |
| Initech Plumbing LLC dba 1-Tom-Plumber 332 Swanson Dr Suite A Lawrenceville, GA 30043 | Becky Flower  Lawrenceville@1tomplumber.com (678) 782-8891 | Balance due for services rendered | | | | $5,137.50 |
| City of Lawrenceville P.O. Box 2200 Lawrenceville, GA 30046-2200 | Kim Jones  Customer.Service@lawrencevillega.org (678) 407-6675 | Balance due for services rendered | | | | $4,151.39 |
| Bush Bros LLC 3138 Fern Valley Dr SW Marietta, GA 30008 | Levi Bush  chrisb.bbr@gmail.com (470) 483-6441 | Balance due for services rendered | | | | $3,650.00 |
| Reynolds Restoration Group PO Box 870295 Stone Mountain, GA 30087 | Maurice Reynolds  info@reynolcsrestorationgroup.com (678) 508-6276 | Balance due for services rendered | | | | $2,805.00 |
| GMC Blue Service, Inc 6062 Buford Hwy NE # 207 Norcross, GA 30071 | Gieun Kim  contact@gmcblueservice.com (770) 837-0470 | Balance due for services rendered | | | | $2,630.00 |
| Rent Group Inc. PO Box 740925 Atlanta, GA 30374-0925 | David Johnson  billing@rent.com (678) 421-3000 | Balance due for services rendered | | | | $2,584.00 |

Debtor  **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **J & A Remodeling, LLC**<br>506 Jordan Drive<br>Tucker, GA 30084 | **Alma Delia Cruz Nieves**<br><br>JAConstruction214@gmail.com<br>(678) 531-6586 | **Balance due for services rendered** | | | | $2,400.00 |
| **Junk Gigolo LLC**<br>5422 Amherst Way<br>Flowery Branch, GA 30542-5153 | **Sean Burton**<br><br>Contact@junkgigolo.com<br>(770) 605-8251 | **Balance due for services rendered** | | | | $2,150.00 |
| **Hartman Simons & Wood LLP**<br>400 Interstate North Pkwy SE<br>Suite 600<br>Atlanta, GA 30339 | **Pam Cleland**<br><br>info@hartmansimonswood.com<br>(770) 955-3555 | **Balance due for services rendered** | | | | $2,142.00 |
| **Ken's Gutters LLC**<br>1231 Kapp Dr<br>Clearwater, FL 33765-2116 | **Robin Jones**<br><br>inquiry@kensgutters.com<br>(727) 396-3155 | **Balance due for services rendered** | | | | $1,980.00 |
| **Harb and Company**<br>50 Rockbridge Rd SW<br>Lilburn, GA 30047 | **Majid Bakhtiari**<br><br>info@harbco.com<br>(770) 925-4418 | **Balance due for services rendered** | | | | $1,680.00 |

# United States Bankruptcy Court
## Northern District of Georgia

In re   **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**                    Case No.
                                        Debtor(s)                              Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May  5, 2025**                        **/s/ Randy Lawrence**
                                                **Randy Lawrence**/**Authorized Officer**
                                                Signer/Title

3D Floor Plans LLC
600 Hart Rd
Ste 205
Barrington, IL 60010-2623


44 Appliance & Supply Co. Inc.
8105 Cobb Center Dr
C
Kennesaw, GA 30152


Apartments 24-7.com
1250 West Charleston Park Ave
Pahrump, NV 89048


Apartments.com
2563 Collection Center Dr
Chicago, IL 60693


B&B Home Maintenance
PO Box 426
Rex, GA 30273-0426


Banyan Utility
P.O. Box 86229
San Diego, CA 92138-6229


BetterNOI
2900 Monarch Lakes Bvd
Suite 201
Miramar, FL 33027


Bring The Crew Inc
1800 Macleod Dr
Suite G-H
Lawrenceville, GA 30043


Bush Bros LLC
3138 Fern Valley Dr SW
Marietta, GA 30008

Carrera
215 Paper Mill Rd
Apt UNIT 4F
Lawrenceville, GA 30046

Chadwell Supply, Inc.
PO Box 105172
Atlanta, GA 30348-5172

City of Lawrenceville
P.O. Box 2200
Lawrenceville, GA 30046-2200

Clean 2 Go Services LLC
2065 Waycross Lane
Dacula, GA 30019

CSS Services, Inc.
1908 Ludovie Lane
Decatur, GA 30033-9027

Dispo Depot LLC dba Renters Reference
2323 Perimeter Park Dr
Suite 120
Atlanta, GA 30341

Drew Eckl Farnham
303 Peachtree St, NE
Ste 3500
Atlanta, GA 30308

Duenas Drywall & Remodeling LLC
1841 Shady Creek Ln
Lawrenceville, GA 30043

Elsner's Superior Flooring Inc
1800 Wilson Way SE
# 3
Smyrna, GA 30082

```
Falcon IO US Inc
200 Vesey St
New York, NY 10281



Federal Nat'l Mortgage Assoc.
419 Belle Air Lane
Warrenton, VA 20186



GMC Blue Service, Inc
6062 Buford Hwy NE
# 207
Norcross, GA 30071



Gwinnett Co. Tax Commissioner
PO Box 372
Lawrenceville, GA 30046



Gwinnett Co. Water Resources
PO Box 105023
Atlanta, GA 30348-5023



HappyCo Inc
5857 Owens Avenue
Suite 300
Carlsbad, CA 92008



Harb and Company
50 Rockbridge Rd SW
Lilburn, GA 30047



Hartman Simons & Wood LLP
400 Interstate North Pkwy SE
Suite 600
Atlanta, GA 30339



HD Supply Facilities Maintenance
PO Box 509058
San Diego, CA 92150-9058
```

Initech Plumbing LLC dba 1-Tom-Plumber
332 Swanson Dr
Suite A
Lawrenceville, GA 30043


J & A Remodeling, LLC
506 Jordan Drive
Tucker, GA 30084


Jallu Services LLC
565 Caseys Xing
Winder, GA 30680-7846


Junk Gigolo LLC
5422 Amherst Way
Flowery Branch, GA 30542-5153


Ken's Gutters LLC
1231 Kapp Dr
Clearwater, FL 33765-2116


Landscape Mgmt Services, Inc
1595 McMurdy Dr
Stone Mountain, GA 30083


M&B General Contractors LLC
780 Riverview Lane
Winder, GA 30680-3147


Magic Carpet, Inc.
27 Kelley Court
Braselton, GA 30517


Radix Software, Inc
7150 E Camelback Rd
Suite #333
Scottsdale, AZ 85251

```
Rent Group Inc.
PO Box 740925
Atlanta, GA 30374-0925




Reyes Jimenez
215 Paper Mill Rd
Apt 5J
Lawrenceville, GA 30046




Reynolds Restoration Group
PO Box 870295
Stone Mountain, GA 30087




Sesmas Tree Service LLC
1530 Purcell Rd
Lawrenceville, GA 30043




SuperHero Fire Protection
1615 Lakes Pkwy
Lawrenceville, GA 30043




Technolojunkies LLC
3100 Breckinridge Blvd
Suite 505
Duluth, GA 30096




Titan Pest Solutions, Inc
P.O. Box 1002
Holly Springs, GA 30142
```