**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **25-54943** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5/23/2025          **X** /s/ Randal Lawrence
                                  Signature of individual signing on behalf of debtor

                                  **Randal Lawrence**
                                  Printed name

                                  **Authorized Officer**
                                  Position or relationship to debtor

Official Form 202                  Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name     **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **25-54943**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*......................................................................................    $    **12,925,000.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................    $    **159,374.86**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................................    $    **13,084,374.86**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $    **6,960,000.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$    **130,605.16**

4. Total liabilities .................................................................................................................
   Lines 2 + 3a + 3b     $    **7,090,605.16**

**Fill in this information to identify the case:**

Debtor name **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **25-54943**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Checking (Operations)** | **1284** | **$30,587.17** |
| 3.2. | **Wells Fargo** | **Checking (Renovations)** | **1292** | **$12,542.75** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                               **$43,129.92**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Wells Fargo - Carolina Tenant Security Deposits** | **$28,800.00** |

| Debtor | **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina** | Case number *(If known)* **25-54943** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 7.2. | **City of Lawrenceville - Electric Security Deposit** | $200.00 |

**8.**      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Property Insurance Annual Invoice Paid in Full - Insurance Office of America** | $42,674.91 |

**9.**      **Total of Part 2.**

         Add lines 7 through 8. Copy the total to line 81.      **$71,674.91**

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**      **Accounts receivable**

11a. 90 days old or less:     **42,403.94**   −   **0.00**   = ....    **$42,403.94**
           face amount            doubtful or uncollectible accounts

11b. Over 90 days old:     **216.09**   −   **0.00**   =....    **$216.09**
           face amount            doubtful or uncollectible accounts

**12.**      **Total of Part 3.**

         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.      **$42,620.03**

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

Debtor **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**
<u>Name</u>

Case number *(If known)* **25-54943**

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br> **Desks, Chairs, Credenzas, Tables** | **Unknown** | **FMV** | **$623.00** |
| 40. | **Office fixtures** <br> **Refrigerator, Stove, Coffee Maker, Wall Art, Lamps** | **Unknown** | **FMV** | **$424.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Computers, Phones, Check Scanner, Printers, Laptops, Monitors, Tablets** | **Unknown** | **FMV** | **$903.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

**$1,950.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property <br> Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Official Form 206A/B

Schedule A/B Assets - Real and Personal Property

page 3

Debtor    **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**    Case number *(If known)*  **25-54943**
Name

| | | | | |
|---|---|---|---|---|
| 55.1. | **215 Paper Mill Rd, Lawrenceville, GA 30046** | Fee simple | Unknown | FMV | $12,925,000.00 |

| | | |
|---|---|---|
| 56. | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | $12,925,000.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**Patents, Copyrights, Trademarks, Trade Secrets** | Unknown | | Unknown |
| 61. | **Internet domain names and websites**<br>**Web Addresses and Domain Names Related to the Business, Including But Not Limited to www.thecarolinaapartments.com and The Carolina** | Unknown | | Unknown |
| 62. | **Licenses, franchises, and royalties**<br>**Licenses, Franchises, Royalties** | Unknown | | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations**<br>**Customer Lists, Mailing Lists, Other Compilations** | Unknown | | Unknown |
| 64. | **Other intangibles, or intellectual property**<br>**Other Intangibles, Intellectual Property** | Unknown | | Unknown |
| 65. | **Goodwill**<br>**Goodwill** | Unknown | | Unknown |

| Debtor | **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina** | Case number *(If known)* **25-54943** |
|---|---|---|
| | Name | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

**$0.00**

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☐ No
☑ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**The Debtor is a party to numerous rental agreements with its tenants.**

**Unknown**

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$0.00**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

Debtor  **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**  Case number *(If known)* **25-54943**
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $43,129.92 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $71,674.91 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $42,620.03 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,950.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...............................> | | $12,925,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $159,374.86 | + 91b. $12,925,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,084,374.86 |

**Fill in this information to identify the case:**

Debtor name    **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **25-54943**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **Federal Nat'l Mortgage Assoc.** Creditor's Name  **419 Belle Air Lane Warrenton, VA 20186** Creditor's mailing address | Describe debtor's property that is subject to a lien **Fannie Mae asserts a lien in real property, rents, cash and certain personal property related to the property located at 215 Paper Mill Road, Lawrenceville, GA 30046** | **$6,960,000.00** | **Unknown** |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe the lien
**Deed to Secure Debt; Assignment of Leases/Rents; Security Agmt & Fixture Filing**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| | | | |
|---|---|---|---|
| **2.2** **Gwinnett Co. Tax Commissioner** Creditor's Name  **PO Box 372 Lawrenceville, GA 30046** Creditor's mailing address | Describe debtor's property that is subject to a lien **Gwinnett Co. Tax Commissioner asserts a lien on certain real property located at 215 Paper Mill Road, Lawrenceville, GA 30046** | **Unknown** | **Unknown** |

Creditor's email address, if known

**Date debt was incurred**

Describe the lien
**Tax FiFa**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Debtor   **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**                     Case number (if known)   **25-54943**
_____
Name

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Gwinnett Co. Water Resources** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**PO Box 105023
Atlanta, GA 30348-5023**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**Gwinnett Co. Water Resources asserts a lien on certain real property located at 215 Paper Mill Road, Lawrenceville, GA 30046**

**Describe the lien**

**Lien for Water and Sewer Service Charges**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     **$6,960,000.00**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **25-54943**

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**Georgia Department of Labor
148 Andrew Young Int'l Blvd.
Suite 826
Atlanta, GA 30303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**Georgia Department of Revenue
2595 Century Parkway NE
Suite 339
Atlanta, GA 30345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina** | Case number (if known) | **25-54943** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

| | | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| 2.3 | Priority creditor's name and mailing address<br>**Internal Revenue Service<br>Centralized Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

| | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|
| 2.4 | Priority creditor's name and mailing address<br>**Internal Revenue Service<br>401 W. Peachtree St., NW<br>Stop 334-D<br>Atlanta, GA 30308** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim:<br>**For Notice Purposes Only** |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**3D Floor Plans LLC<br>600 Hart Rd<br>Ste 205<br>Barrington, IL 60010-2623** | **$325.00** |
| | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes |
| 3.2 | Nonpriority creditor's name and mailing address<br>**44 Appliance & Supply Co. Inc.<br>8105 Cobb Center Dr<br>C<br>Kennesaw, GA 30152** | **$6,330.10** |
| | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Apartments 24-7.com<br>1250 West Charleston Park Ave<br>Pahrump, NV 89048** | **$449.90** |
| | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | Basis for the claim: _<br>Is the claim subject to offset? ☑ No ☐ Yes |

| Debtor | **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina** | Case number (*if known*) | **25-54943** |
|---|---|---|---|
| | Name | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$778.00** |
|---|---|---|---|

**Apartments.com**
**2563 Collection Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,305.00** |
|---|---|---|---|

**B&B Home Maintenance**
**5935 Chalice Way**
**Rex, GA 30273**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$215.00** |
|---|---|---|---|

**Banyan Utility**
**P.O. Box 86229**
**San Diego, CA 92138-6229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,043.00** |
|---|---|---|---|

**BetterNOI**
**2900 Monarch Lakes Bvd**
**Suite 201**
**Miramar, FL 33027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Bring The Crew Inc**
**1800 Macleod Dr**
**Suite G-H**
**Lawrenceville, GA 30043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,650.00** |
|---|---|---|---|

**Bush Bros LLC**
**3138 Fern Valley Dr SW**
**Marietta, GA 30008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$194.64** |
|---|---|---|---|

**Carrera**
**215 Paper Mill Rd**
**Apt UNIT 4F**
**Lawrenceville, GA 30046**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina** Case number (if known) **25-54943**
Name

| | |
|---|---|
| 3.11 | |

**Nonpriority creditor's name and mailing address**

**Chadwell Supply, Inc.**
**PO Box 105172**
**Atlanta, GA 30348-5172**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,333.18**

---

| 3.12 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**City of Lawrenceville**
**P.O. Box 2200**
**Lawrenceville, GA 30046-2200**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,151.39**

---

| 3.13 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Clean 2 Go Services LLC**
**2065 Waycross Lane**
**Dacula, GA 30019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$21,610.00**

---

| 3.14 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**CSS Services, Inc.**
**1908 Ludovie Lane**
**Decatur, GA 30033-9027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,035.00**

---

| 3.15 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Dispo Depot LLC dba Renters Reference**
**2323 Perimeter Park Dr**
**Suite 120**
**Atlanta, GA 30341**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,711.00**

---

| 3.16 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Drew Eckl Farnham**
**303 Peachtree St, NE**
**Ste 3500**
**Atlanta, GA 30308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$17,040.00**

---

| 3.17 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Duenas Drywall & Remodeling LLC**
**1841 Shady Creek Ln**
**Lawrenceville, GA 30043**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,645.00**

---

| Debtor | **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina** | Case number (if known) | **25-54943** |
|---|---|---|---|
| | Name | | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,677.96 |
|---|---|---|---|

**Elsner's Superior Flooring Inc**
**1800 Wilson Way SE**
**# 3**
**Smyrna, GA 30082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $136.15 |
|---|---|---|---|

**Falcon IO US Inc**
**200 Vesey St**
**New York, NY 10281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,630.00 |
|---|---|---|---|

**GMC Blue Service, Inc**
**6062 Buford Hwy NE**
**# 207**
**Norcross, GA 30071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $164.00 |
|---|---|---|---|

**HappyCo Inc**
**5857 Owens Avenue**
**Suite 300**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,680.00 |
|---|---|---|---|

**Harb and Company**
**50 Rockbridge Rd SW**
**Lilburn, GA 30047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,142.00 |
|---|---|---|---|

**Hartman Simons & Wood LLP**
**400 Interstate North Pkwy SE**
**Suite 600**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $704.23 |
|---|---|---|---|

**HD Supply Facilities Maintenance**
**PO Box 509058**
**San Diego, CA 92150-9058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina** | Case number *(if known)* | **25-54943** |
|---|---|---|---|
| | Name | | |

---

**3.25**

**Nonpriority creditor's name and mailing address**

**Initech Plumbing LLC dba 1-Tom-Plumber**
**332 Swanson Dr**
**Suite A**
**Lawrenceville, GA 30043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,137.50**

---

**3.26**

**Nonpriority creditor's name and mailing address**

**J & A Remodeling, LLC**
**506 Jordan Drive**
**Tucker, GA 30084**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,400.00**

---

**3.27**

**Nonpriority creditor's name and mailing address**

**Jallu Services LLC**
**565 Caseys Xing**
**Winder, GA 30680-7846**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$250.00**

---

**3.28**

**Nonpriority creditor's name and mailing address**

**Junk Gigolo LLC**
**5422 Amherst Way**
**Flowery Branch, GA 30542-5153**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,150.00**

---

**3.29**

**Nonpriority creditor's name and mailing address**

**Ken's Gutters LLC**
**1231 Kapp Dr**
**Clearwater, FL 33765-2116**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,980.00**

---

**3.30**

**Nonpriority creditor's name and mailing address**

**Landscape Mgmt Services, Inc**
**1595 McMurdy Dr**
**Stone Mountain, GA 30083**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,275.00**

---

**3.31**

**Nonpriority creditor's name and mailing address**

**M&B General Contractors LLC**
**780 Riverview Lane**
**Winder, GA 30680-3147**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$10,465.00**

---

| Debtor | **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina** | Case number (if known) | **25-54943** |
|---|---|---|---|
| | Name | | |

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$740.00** |
|---|---|---|---|

**Magic Carpet, Inc.**
**27 Kelley Court**
**Braselton, GA 30517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Radix Software, Inc**
**7150 E Camelback Rd**
**Suite #333**
**Scottsdale, AZ 85251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,584.00** |
|---|---|---|---|

**Rent Group Inc.**
**PO Box 740925**
**Atlanta, GA 30374-0925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.11** |
|---|---|---|---|

**Reyes Jimenez**
**215 Paper Mill Rd**
**Apt 5J**
**Lawrenceville, GA 30046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,805.00** |
|---|---|---|---|

**Reynolds Restoration Group**
**PO Box 870295**
**Stone Mountain, GA 30087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|---|---|---|---|

**Sesmas Tree Service LLC**
**1530 Purcell Rd**
**Lawrenceville, GA 30043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,508.00** |
|---|---|---|---|

**SuperHero Fire Protection**
**1615 Lakes Pkwy**
**Lawrenceville, GA 30043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina** | Case number (if known) | **25-54943** |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**Technolojunkies LLC**
**3100 Breckinridge Blvd**
**Suite 505**
**Duluth, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Titan Pest Solutions, Inc**
**P.O. Box 1002**
**Holly Springs, GA 30142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Zillow Rental Network**
**PO Box 737412**
**Dallas, TX 75373-7412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Paul E. Andrew**<br>**Andrew Merritt Reilly & Smith**<br>**7 Lumpkin Street**<br>**Lawrenceville, GA 30046** | Line  **3.31**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 130,605.16 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 130,605.16 |

Additional Creditors List

Paul E. Andrew
Andrew, Merritt, Reilly & Smith
7 Lumpkin Street
Lawrenceville, GA 30046

Georgia Dept. of Labor
148 Andrew Young Int'l Blvd
Suite 826
Atlanta, GA 30303

Georgia Dept. of Revenue
2595 Century Parkway, NE
Suite 339
Atlanta, GA 30345

Internal Revenue Service
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
401 W. Peachtree Street NW
Stop 334-D
Atlanta, GA 30308

Zillow Rental Network
PO Box 737412
Dallas, TX 75373-7412

**Fill in this information to identify the case:**

Debtor name    **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **25-54943**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Web-based interactive marketing services**<br><br><br>Apartments247.com<br>1250 W. Charleston Park Ave<br>Pahrump, NV 89048 |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Management Contract**<br><br><br>Premier Living US, LLC<br>12945 Seminole Blvd<br>A200<br>Largo, FL 33778 |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Debtor as landlord is a party to numerous residential agreements with various tenants for units at The Carolina. Various**<br><br>Tenants at The Carolina<br>215 Paper Mill Rd<br>Lawrenceville, GA 30046 |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Advertising and marketing agreement**<br><br><br>Zillow Rental Network<br>PO Box 737412<br>Dallas, TX 75373-7412 |

**Fill in this information to identify the case:**

Debtor name    **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **25-54943**

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Sara Jo Lawrence** | **1291 Britain Dr Lawrenceville, GA 30044** | **Federal Nat'l Mortgage Assoc.** | ■ D   **2.1** ☐ E/F  ____ ☐ G  ____ |

| Fill in this information to identify the case: |
|---|

Debtor name    **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    **25-54943**

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | $474,121.82 |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ☑ Operating a business<br>☐ Other _____ | $1,133,194.81 |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ☑ Operating a business<br>☐ Other _____ | $1,050,366.20 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
|  |  |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**          Case number *(if known)* **25-54943**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Greystone Servicing Company LLC** **PO Box 281163** **Atlanta, GA 30384-1163** | 02/10/2025, 03/10/2025 | $107,320.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other  **Mortgage Payments** |
| 3.2.  **Clean 2 Go Services LLC** **2065 Waycross Lane** **Dacula, GA 30019** | 03/24/2025, 04/15/2025, 04/17/2025 | $11,245.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other__ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **See SFA Attachment** | | **$0.00** | |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ☑ None.

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ☑ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

| Debtor | 215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina | Case number *(if known)* | 25-54943 |

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Federal National Mortgage Association**<br><br>**v.**<br><br>**215 Paper Mill Rd PCPRE, LLC**<br>**25-A-02995-4** | Receivership | **Superior Court of Gwinnett County** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Building 5, Fire, Insurance Claim # 40000041-JRS** | **$310,779.05** | **06/20/2024** | **$920,898.00** |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**   Case number *(if known)*   **25-54943**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Scroggins, Williamson & Ray, P.C.**<br>**4401 Northside Pkwy**<br>**Suite 230**<br>**Atlanta, GA 30327** | **Payment for pre-petition services rendered and expenses including filing fee:  $8,027.25**<br><br>**Payment for retainer:  $43,710.75** | **05/02/2025** | **$51,738.00** |
| | **Email or website address**<br>**www.swlawfirm.com** | | | |
| | **Who made the payment, if not debtor?**<br>**PCPRE Group 13, LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | 215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina | Case number *(if known)* 25-54943 |
|---|---|---|

---

### Applicant qualification criteria

Does the debtor have a privacy policy about that information?

☐ No
☑ Yes

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | 215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina | Case number *(if known)* 25-54943 |
|---|---|---|

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Vicinia Management**<br>**8250 Allison Pointe Blvd**<br>**Suite 223**<br>**PMB 28378**<br>**Indianapolis, IN 46250-4299** | **01/01/2023 -**<br>**03/31/2024** |
| 26a.2. | **Stonemark Management, LLC**<br>**400 Interstate North Pkwy**<br>**Suite 1100**<br>**Atlanta, GA 30339** | **03/31/2023 -**<br>**09/16/2024** |
| 26a.3. | **Alpha Creek**<br>**3690 Holcomb Bridge Road**<br>**Peachtree Corners, GA 30092** | **09/16/2024 - Current** |
| 26a.4. | **BEC CFO and CPA, LLC**<br>**2131 W. Republic Road**<br>**PMB 577**<br>**Springfield, MO 65807** | **01/01/2023 - Current** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**                     Case number *(if known)*   **25-54943**

| Name and address | Date of service From-To |
|---|---|
| 26a.5.   **Premier Living US, LLC**<br>**12945 Seminole Blvd**<br>**A200**<br>**Largo, FL 33778** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Vicinia Management**<br>**8250 Allison Pointe Blvd**<br>**Suite 223**<br>**PMB 28378**<br>**Indianapolis, IN 46250-4299** | **01/01/2023 -**<br>**03/31/2024** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Stonemark Management, LLC**<br>**440 Interstate North Pkwy**<br>**Suite 1100**<br>**Atlanta, GA 30339** | **03/31/2023 -**<br>**09/16/2024** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.   **Alpha Creek**<br>**3690 Holcomb Bridge Road**<br>**Peachtree Corners, GA 30092** | **09/16/2024 - Current** |

| Name and address | Date of service From-To |
|---|---|
| 26b.4.   **BEC CFO and CPA, LLC**<br>**2131 W. Republic Road**<br>**PMB 577**<br>**Springfield, MO 65807** | **01/01/2023 - Current** |

| Name and address | Date of service From-To |
|---|---|
| 26b.5.   **Premier Living US, LLC**<br>**12945 Seminole Blvd**<br>**A200**<br>**Largo, FL 33778** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Alpha Creek**<br>**3690 Holcomb Bridge Road**<br>**Peachtree Corners, GA 30092** | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2.   **BEC CFO and CPA, LLC**<br>**2131 W. Republic Road**<br>**PMB 577**<br>**Springfield, MO 65807** | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**    Case number *(if known)*   **25-54943**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.3. **Premier Living US, LLC**<br>**12945 Seminole Blvd**<br>**A200**<br>**Largo, FL 33778** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Federal Nat'l Mortgage Assoc.**<br>**419 Belle Air Lane**<br>**Warrenton, VA 20186** |
| 26d.2. **PCPRE Group 13, LLC**<br>**12945 Seminole Blvd**<br>**A200**<br>**Largo, FL 33778** |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. **Stephaine Payne** | **09/01/2024** | **$1,950.00 (FMV)** |

| Name and address of the person who has possession of inventory records |
|---|
| **Stephaine Payne**<br>**215 Paper Mill Road**<br>**Lawrenceville, GA 30046** |

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **PCPRE Group 13, LLC** | **12945 Seminole Blvd**<br>**A200**<br>**Largo, FL 33778** | **Sole Member** | **100** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Prosperity Capital Partners, LLC** | **12945 Seminole Blvd**<br>**A200**<br>**Largo, FL 33778** | **Asset Manager** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Premier Living US, LLC** | **12945 Seminole Blvd**<br>**A200**<br>**Largo, FL 33778** | **Property Manager** | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Sara Jo Lawrence** | **215 Paper Mill Rd**<br>**Lawrenceville, GA 30046** | **Manager** | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**    Case number *(if known)* **25-54943**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See SFA Attachment** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **PCPRE Group 13, LLC** | **EIN:    84-4773552** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

Debtor    **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**                    Case number *(if known)*  **25-54943**

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **05/23/2025**

/s/ Randal Lawrence                                          **Randal Lawrence**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Authorized Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☑ Yes

---

Official Form 207              **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **10**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Totals

| | | | |
|---|---|---|---|
| Prosperity Capital Partners, LLC | 10/4/2024 | 2429.92 | AM Fees |
| Prosperity Capital Partners, LLC | 10/30/2024 | 84,794.20 | AM Fees, Arrears |
| Prosperity Capital Partners, LLC | 11/8/2024 | 4577.43 | AM Fees |
| Prosperity Capital Partners, LLC | 4/15/2025 | 1825.35 | AM Fees |
| | | **$93,626.90** | |
| | | | |
| Premier Living Group US | 10/4/2024 | 7072.76 | Payroll, PLUS |
| Premier Living Group US | 10/24/2024 | 6148.13 | Payroll, PLUS |
| Premier Living Group US | 11/6/2024 | 4577.43 | PM Fees |
| Premier Living Group US | 11/7/2024 | 6460.99 | PM Fees |
| Premier Living Group US | 11/15/2025 | 1277.53 | Reimbursement, Expenses |
| Premier Living Group US | 11/18/2025 | 49.88 | Reimbursement, Expenses |
| Premier Living Group US | 11/22/2024 | 7486.16 | Payroll |
| Premier Living Group US | 11/27/2024 | 2 | Payroll test |
| Premier Living Group US | 12/4/2024 | 2 | Payroll Test |
| Premier Living Group US | 12/4/2024 | 280.3 | AM Fees |
| Premier Living Group US | 12/5/2024 | 282.51 | Reimbursement |
| Premier Living Group US | 12/5/2024 | 4933.76 | PM Fees |
| Premier Living Group US | 12/5/2024 | 6444.34 | Payroll |
| Premier Living Group US | 12/18/2024 | 7307.49 | Payroll |
| Premier Living Group US | 12/19/2024 | 7307.49 | Payroll |
| Premier Living Group US | 12/23/2024 | 225.88 | Payroll |
| Premier Living Group US | 1/2/2025 | 6515.24 | Payroll |
| Premier Living Group US | 1/6/2025 | 1596.86 | AM Fees |
| Premier Living Group US | 1/6/2025 | 3592.93 | PM Fees |
| Premier Living Group US | 1/16/2025 | 6508.39 | Payroll |
| Premier Living Group US | 1/17/2025 | 2395 | Reimbursement |
| Premier Living Group US | 30-Jan | 8150.4 | Payroll |
| Premier Living Group US | 2/4/2025 | 1570.45 | AM Fees |
| Premier Living Group US | 2/4/2025 | 3533.5 | PM Fees |
| Premier Living Group US | 2/12/2025 | 7489.91 | Payroll |
| Premier Living Group US | 2/20/2025 | 441.09 | PM Fees |
| Premier Living Group US | 2/27/2025 | 9352.75 | Payroll |
| Premier Living Group US | 3/12/2025 | 9.98 | Reimbursement |
| Premier Living Group US | 3/13/2025 | 8065.01 | Payroll |
| Premier Living Group US | 3/19/2025 | 1741.26 | AM fees |
| Premier Living Group US | 3/19/2025 | 3917.84 | PM Fees |
| Premier Living Group US | 3/27/2025 | 8621.54 | Payroll |
| Premier Living Group US | 4/10/2025 | 7192.25 | Payrol |
| Premier Living Group US | 4/15/2025 | 4107.05 | PM Fees |
| Premier Living Group US | 4/25/2025 | 9247.06 | Payroll |
| Premier Living Group US | 4/29/2025 | 685.36 | Reimburesment |
| Premier Living Group US | 5/5/2025 | 10,171.77 | Payroll |
| | | **$164,764.29** | |
| | | | |
| PCPRE Group 13, LLC | 5/2/2025 | 30000 | Retainer Scroggins |
| PCPRE Group 13, LLC | 5/9/2024 | 53120 | Insurnace Proceeds |
| | | **$83,120.00** | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Georgia

In re    **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**            Case No.    **25-54943**

Debtor(s)            Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept as a retainer ............................................    $            **43,710.75**

    Prior to the filing of this statement I have received as a retainer ..........................    $            **43,710.75**

    Balance Due ..........................................................................................................    $                **0.00**

2.  $ **1,738.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor        ☑ Other (specify):    **PCPRE Group 13, LLC**

4.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service: Allowed fees and expenses which exceed the
    retainer

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

05/23/2025
_Date_

/s/ Ashley R. Ray
**Ashley Reynolds Ray 601559**
_Signature of Attorney_
**Scroggins, Williamson & Ray, P.C.**
**4401 Northside Parkway**
**Suite 230**
**Atlanta, GA 30327**
**404-893-3880  Fax: 404-893-3886**
**aray@swlawfirm.com**
_Name of law firm_

---

# United States Bankruptcy Court
## Northern District of Georgia

In re   **215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**          Case No.   **25-54943**
                                                    Debtor(s)         Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **PCPRE Group 13, LLC**<br>**12945 Seminole Blvd**<br>**A200**<br>**Largo, FL 33778** | | | **100% Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorized Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   05/23/2025                          Signature   /s/ Randal Lawrence
                                                        **Randal Lawrence**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.