The Carolina (8carol)

# Balance Sheet

Period = May 2025

Book = Cash

| | Current Balance |
|---|---:|
| **1-1000-0000  ASSETS** | |
| 1-1000-0100   CURRENT ASSETS: | |
| 1-1001-0000   CASH | |
| 1-1010-0000      Petty Cash | 300.00 |
| 1-1020-0000      Cash - Operating Account | 104,471.99 |
| 1-1020-1000      Cash - Operating Account- Prior MGMT | 36,842.37 |
| 1-1040-0000      Cash - Security Deposit Acct | 28,800.00 |
| 1-1060-0000      Cash - Renovation | 12,542.75 |
| 1-1110-0000      Mortgage Escrows - Tax Escrow | 28,644.21 |
| 1-1120-0000      Mortgage Escrows - Insurance Escrow | 39,413.28 |
| 1-1140-0000      Mortgage Escrows - Replacement Reserve | 25,852.47 |
| 1-1199-9999   TOTAL CASH | 276,867.07 |
| | |
| 1-1200-0000   RECEIVABLES | |
| 1-1210-0000      Accounts Receivable - Tenants | 53,040.20 |
| 1-1295-0000      Other Receivables | 3,380.00 |
| 1-1299-9998   TOTAL RECEIVABLES | 56,420.20 |
| | |
| 1-1300-0000   PREPAID EXPENSES | |
| 1-1301-0000      Prepaid Property Insurance | 99,155.75 |
| 1-1310-0000      Prepaid Expenses - Other | 1,498.12 |
| 1-1399-9995   TOTAL PREPAID EXPENSES | 100,653.87 |
| 1-1499-9999   TOTAL CURRENT ASSETS | 433,941.14 |
| | |
| 1-1500-0000   FIXED ASSETS | |
| 1-1505-0000      Land Improvements | 5,350.00 |
| 1-1510-0000      Buildings | 8,442,900.00 |
| 1-1510-6000      Parking Deck | 3,200.00 |
| 1-1515-0000      Building Improvements | 214,957.11 |
| 1-1517-8500      Capital - HVAC/Mechanical | 30,105.81 |
| 1-1517-8700      Capital - Roofing | 4,050.00 |
| 1-1525-0000      Equipment - Other | 753.43 |
| 1-1535-0000      Computer Equipment | 4,961.17 |
| 1-1545-0000      Furniture And Fixtures - Other | 47,084.09 |
| 1-1570-0000      Other Fixed Assets | 128,029.14 |
| 1-1580-0000      Accumulated Amortization | 79,816.46 |
| 1-1590-0000      Less Accumulated Depreciation | 39,291.05 |
| 1-1599-9999   NET FIXED ASSETS | 9,000,498.26 |

6/24/2025 10:30 AM

The Carolina (8carol)

## Balance Sheet

Period = May 2025

Book = Cash

|  |  | Current Balance |
|---|---|---:|
| 1-1600-0000 | OTHER ASSETS |  |
| 1-1700-0000 | Utility Deposits | 5,878.89 |
| 1-1730-1000 | Due from Related Party | 192,591.18 |
| 1-1990-9999 | TOTAL OTHER ASSETS | 198,470.07 |
|  |  |  |
| **1-1999-9999** | **TOTAL ASSETS** | **9,632,909.47** |
|  |  |  |
| **1-2000-0000** | **LIABILITIES** |  |
|  |  |  |
| 1-2001-0000 | SHORT-TERM LIABILITIES |  |
| 1-2110-1000 | Accounts Payable- Prior MGMT | 44,869.40 |
| 1-2130-0000 | Accounts Payable - Other | 69,468.65 |
| 1-2140-0000 | Tenant Security Dep | 27,600.00 |
| 1-2149-0000 | Deposit Refunds | 511.67 |
| 1-2150-2000 | Due to Related Party | 2,270.25 |
| 1-2150-2100 | Due to/from Premier Living US | 987.00 |
| 1-2200-0000 | Deferred Revenue | 900.00 |
| 1-2210-0000 | Prepaid Rent | 27.28 |
| 1-2250-0000 | Accrued Interest Payable | -12,253.29 |
| 1-2260-0000 | Accrued Property Taxes Payable | -37,610.00 |
| 1-2294-0000 | Payroll Liabilities | -1,839.42 |
| 1-2299-9999 | TOTAL SHORT-TERM LIABILITIES | 94,931.54 |
|  |  |  |
| 1-2300-0000 | LONG-TERM LIABILITIES |  |
| 1-2500-0000 | First Mortgage Payable | 6,655,614.80 |
| 1-2540-0001 | Manager Loan | 162,933.78 |
| 1-2999-9999 | TOTAL LONG-TERM LIABILITIES | 6,818,548.58 |
|  |  |  |
| 1-3000-0000 | EQUITY |  |
| 1-3103-0000 | Current Cash Flow (Deficit) | 419,558.81 |
| 1-3200-0100 | Contributions | 3,065,759.66 |
| 1-3300-0000 | Partner Withdrawals | -856,941.42 |
| 1-3400-0000 | Retained Earnings | 91,052.30 |
| 1-4599-9999 | TOTAL EQUITY | 2,719,429.35 |
|  |  |  |
| **1-4999-9999** | **TOTAL LIABILITIES & EQUITY** | **9,632,909.47** |