The Carolina (8carol)

## Statement (12 months)

Period = May 2025

Book = Cash

|  |  | May 2025 | Total |
|---|---|---:|---:|
| **1-5010-0000** | **REVENUE** | | |
| 1-5100-0000 | RENT REVENUE | | |
| 1-5110-0000 | GROSS POTENTIAL RENT | | |
| 1-5300-0000 | Market Rent | 115,700.00 | 115,700.00 |
| 1-5310-0000 | Gain (Loss) on Market Rent | -2,711.00 | -2,711.00 |
| 1-5319-9999 | GROSS POTENTIAL RENT | 112,989.00 | 112,989.00 |
| 1-5610-0000 | Less: Vacancy | -14,374.19 | -14,374.19 |
| 1-5615-0000 | Less: Down Units | -4,250.00 | -4,250.00 |
| 1-5650-0000 | Less: Concessions (Move Ins) | -638.58 | -638.58 |
| 1-5650-2000 | Less: Concessions (Pref Emp) | -1,450.00 | -1,450.00 |
| 1-5660-0000 | Change in Delinquency | -2,962.10 | -2,962.10 |
| 1-5730-0000 | Plus: Prepaid Rent | -4,956.35 | -4,956.35 |
| 1-5799-9999 | NET RENT REVENUE | 84,357.78 | 84,357.78 |
| 1-5800-0000 | OTHER REVENUE | | |
| 1-5820-0000 | Month To Month Fee | 62.07 | 62.07 |
| 1-5832-0000 | Pet Rent | 75.00 | 75.00 |
| 1-5840-0000 | Application Fees | 100.00 | 100.00 |
| 1-5845-0000 | Late Fees | 245.41 | 245.41 |
| 1-5848-0000 | Damage Waiver Fee | 990.12 | 990.12 |
| 1-5863-0000 | Trash Income | 592.06 | 592.06 |
| 1-5864-0000 | Water Income | 18,579.48 | 18,579.48 |
| 1-5868-0000 | Pest Control Income | 304.39 | 304.39 |
| 1-5908-0000 | Tenant Damages/Repairs | 650.00 | 650.00 |
| 1-5920-0000 | Administration Fee | 150.00 | 150.00 |
| 1-5956-0000 | Renter's Insurance | 30.00 | 30.00 |
| 1-5977-0000 | Amenity Income | 15.00 | 15.00 |
| 1-5998-0000 | TOTAL OTHER REVENUE | 21,793.53 | 21,793.53 |
| **1-5999-0000** | **TOTAL REVENUE** | **106,151.31** | **106,151.31** |
| **1-6000-0000** | **EXPENSES** | | |
| 1-6100-0000 | REPAIRS & MAINTENANCE | | |
| 1-6110-2110 | Make Ready Painting | -3,475.00 | -3,475.00 |
| 1-6130-3000 | Maintenance Supplies & Repairs | -2,874.58 | -2,874.58 |
| 1-6150-2500 | HVAC Repairs & Supplies | -3,190.57 | -3,190.57 |
| 1-6190-0000 | Landscape Maintenance | -1,223.56 | -1,223.56 |
| 1-6199-9999 | TOTAL REPAIRS & MAINTENANCE | -10,763.71 | -10,763.71 |
| 1-6210-0000 | SALARIES | | |
| 1-6211-0000 | Salaries - Regular | 13,970.37 | 13,970.37 |
| 1-6232-0000 | Bonuses | 2,031.66 | 2,031.66 |
| 1-6233-0000 | Overtime Pay | 417.22 | 417.22 |
| 1-6250-0100 | Payroll Taxes | 1,746.99 | 1,746.99 |
| 1-6250-0200 | Insurance Benefits | 276.72 | 276.72 |
| 1-6250-0400 | Workers Compensation Premium | 374.38 | 374.38 |
| 1-6250-0600 | Other Payroll Expenses | 256.18 | 256.18 |
| 1-6250-9999 | TOTAL SALARIES | 19,073.52 | 19,073.52 |
| 1-6510-0000 | LEASING & MARKETING | | |
| 1-6510-0270 | Resident Referrals | 500.00 | 500.00 |

The Carolina (8carol)

## Statement (12 months)

Period = May 2025

Book = Cash

| Account | Description | May 2025 | Total |
|---|---|---:|---:|
| 1-6510-9999 | TOTAL LEASING & MARKETING | 500.00 | 500.00 |
| | | | |
| 1-6520-0000 | ADMINISTRATIVE EXPENSES | | |
| 1-6520-0100 | Accounting Services | 574.00 | 574.00 |
| 1-6520-0150 | Banking Fees | 602.72 | 602.72 |
| 1-6520-0230 | Employee Training & Education | 58.19 | 58.19 |
| 1-6520-0281 | Software Fees | 2,117.28 | 2,117.28 |
| 1-6520-0300 | Office Supplies | 127.40 | 127.40 |
| 1-6520-0320 | Postage | 14.00 | 14.00 |
| 1-6520-9999 | TOTAL ADMINISTRATIVE EXPENSES | 3,493.59 | 3,493.59 |
| | | | |
| 1-6529-9999 | TOTAL CONTROLLABLE EXPENSES | 12,303.40 | 12,303.40 |
| | | | |
| 1-6530-0000 | MANAGEMENT FEES | | |
| 1-6530-0100 | Management Fee | 4,808.34 | 4,808.34 |
| 1-6530-9999 | TOTAL MANAGEMENT FEE | 4,808.34 | 4,808.34 |
| | | | |
| 1-7990-0000 | TOTAL OPERATING EXPENSES | 17,111.74 | 17,111.74 |
| | | | |
| **1-7999-0000** | **NET OPERATING INCOME** | **89,039.57** | **89,039.57** |
| | | | |
| 1-8000-0000 | CAPITAL ITEMS | | |
| 1-8140-0000 | Building Interior Upgrades | 6,071.72 | 6,071.72 |
| 1-8450-0000 | Landscaping | 1,223.56 | 1,223.56 |
| 1-8550-0000 | Painting | 3,475.00 | 3,475.00 |
| 1-8999-9999 | TOTAL CAPITAL ITEMS | 10,770.28 | 10,770.28 |
| | | | |
| 1-9170-0000 | NON OPERATING ITEMS | | |
| 1-9180-1000 | Asset Management Fees | 2,137.04 | 2,137.04 |
| 1-9180-3000 | Professional Fees | 66,738.00 | 66,738.00 |
| 1-9199-9998 | TOTAL NON OPERATING ITEMS | 68,875.04 | 68,875.04 |
| | | | |
| **1-9199-9999** | **NET INCOME (LOSS) BEFORE TAX ADJ** | **9,394.25** | **9,394.25** |
| | | | |
| **1-9500-0000** | **NET INCOME (LOSS)** | **9,394.25** | **9,394.25** |