## Aged Receivables
Age As Of: 05/31/2025  Post To: 05/2025

6/24/2025 10:35 AM

| Property | Unit | Resident | Total Unpaid Charges | 0-30 days | 31-60 days | 61-90 days | Over 90 days | Prepays | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 8carol | 01B | t0282721 | -166.77 | -166.77 | 0.00 | 0.00 | 0.00 | 0.00 | -166.77 |
| 8carol | 01C | t0282722 | 644.39 | 644.39 | 0.00 | 0.00 | 0.00 | 0.00 | 644.39 |
| 8carol | 01F | t0282725 | 2,296.68 | 2,215.73 | 80.95 | 0.00 | 0.00 | 0.00 | 2,296.68 |
| 8carol | 01G | t0295712 | 14.73 | 14.73 | 0.00 | 0.00 | 0.00 | 0.00 | 14.73 |
| 8carol | 02B | t0282729 | -200.00 | -200.00 | 0.00 | 0.00 | 0.00 | -155.98 | -355.98 |
| 8carol | 02F | t0303065 | -17.09 | -17.09 | 0.00 | 0.00 | 0.00 | 0.00 | -17.09 |
| 8carol | 02G | t0282732 | 15.00 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 8carol | 02H | t0282733 | 0.54 | 0.54 | 0.00 | 0.00 | 0.00 | 0.00 | 0.54 |
| 8carol | 03A | t0282734 | 350.93 | 350.93 | 0.00 | 0.00 | 0.00 | 0.00 | 350.93 |
| 8carol | 03F | t0282739 | 15.00 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 8carol | 04B | t0282743 | 15.00 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 8carol | 04C | t0282744 | 643.87 | 643.87 | 0.00 | 0.00 | 0.00 | 0.00 | 643.87 |
| 8carol | 04E | t0282746 | -43.09 | -43.09 | 0.00 | 0.00 | 0.00 | 0.00 | -43.09 |
| 8carol | 05A | t0304885 | 87.10 | 87.10 | 0.00 | 0.00 | 0.00 | 0.00 | 87.10 |
| 8carol | 05B | t0282749 | 395.97 | 306.54 | 89.43 | 0.00 | 0.00 | 0.00 | 395.97 |
| 8carol | 05F | t0307209 | 150.00 | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| 8carol | 05H | t0290129 | -69.12 | -69.12 | 0.00 | 0.00 | 0.00 | 0.00 | -69.12 |
| 8carol | 05I | t0282756 | -0.03 | -0.03 | 0.00 | 0.00 | 0.00 | 0.00 | -0.03 |
| 8carol | 05K | t0282758 | 270.54 | 270.54 | 0.00 | 0.00 | 0.00 | 0.00 | 270.54 |
| 8carol | 05N | t0308294 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8carol | 06A | t0303601 | -62.07 | -62.07 | 0.00 | 0.00 | 0.00 | 0.00 | -62.07 |
| 8carol | 06C | t0301105 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -298.00 | -298.00 |
| 8carol | 06D | t0308276 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8carol | 06E | t0282764 | 0.93 | 0.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.93 |
| 8carol | 06H | t0282767 | 635.68 | 404.73 | 230.95 | 0.00 | 0.00 | 0.00 | 635.68 |
| 8carol | 06K | t0284796 | 521.53 | 521.53 | 0.00 | 0.00 | 0.00 | 0.00 | 521.53 |
| 8carol | 06L | t0289322 | -0.57 | -0.57 | 0.00 | 0.00 | 0.00 | 0.00 | -0.57 |
| 8carol | 06O | t0282773 | 306.97 | 306.97 | 0.00 | 0.00 | 0.00 | 0.00 | 306.97 |
| 8carol | 06P | t0289892 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -200.00 | -200.00 |
| 8carol | 07A | t0282775 | 15.00 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 |
| 8carol | 07F | t0286400 | 49.94 | 49.94 | 0.00 | 0.00 | 0.00 | 0.00 | 49.94 |
| 8carol | 07G | t0282781 | 2,662.46 | 2,380.93 | 281.53 | 0.00 | 0.00 | 0.00 | 2,662.46 |

## Aged Receivables
Age As Of: 05/31/2025  Post To: 05/2025

| Property | Unit | Resident | Total Unpaid Charges | 0-30 days | 31-60 days | 61-90 days | Over 90 days | Prepays | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 8carol | 07H | t0282782 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -3.46 | -3.46 |
| 8carol | 07I | t0282783 | -200.00 | -200.00 | 0.00 | 0.00 | 0.00 | -54.03 | -254.03 |
| 8carol | 08B | t0287615 | 200.69 | 200.69 | 0.00 | 0.00 | 0.00 | 0.00 | 200.69 |
| 8carol | 08D | t0285648 | -41.10 | -41.10 | 0.00 | 0.00 | 0.00 | 0.00 | -41.10 |
| 8carol | 08E | t0294857 | -56.00 | 0.00 | -56.00 | 0.00 | 0.00 | 0.00 | -56.00 |
| 8carol | 08F | t0288048 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.57 | -0.57 |
| **8carol** | | | **8,437.11** | **7,810.25** | **626.86** | **0.00** | **0.00** | **-712.04** | **7,725.07** |