6/24/2025 10:36 AM

## Payables Aging Report

8carol
Period: 05/2025
As of : 05/06/2025

| Property Code | Property Name | Payee Code | Payee Name | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed |
|---|---|---|---|---:|---:|---:|---:|---:|
| 8carol | The Carolina | | | | | | | |
| | | 8pl1tomplumb | Initech Plumbing LLC dba 1-Tom-Plumber Lawrenceville | 5,137.50 | 0.00 | 5,137.50 | 0.00 | 0.00 |
| | | 8pl3dfloorp | 3D Floor Plans LLC | 325.00 | 0.00 | 0.00 | 0.00 | 325.00 |
| | | 8pl44applian | 44 Appliance & Supply Company, Inc. | 6,330.10 | 0.00 | 0.00 | 0.00 | 6,330.10 |
| | | 8plapart247 | Apartments 24-7.com | 669.85 | 219.95 | 224.95 | 224.95 | 0.00 |
| | | 8plapartcom | Apartments.com | 1,167.00 | 0.00 | 389.00 | 389.00 | 389.00 |
| | | 8platt | AT&T | 316.77 | 316.77 | 0.00 | 0.00 | 0.00 |
| | | 8plbanyanuti | Banyan Utility | 520.00 | 305.00 | 215.00 | 0.00 | 0.00 |
| | | 8plbbhomemai | B&B Home Maintenance | 6,305.00 | 0.00 | 0.00 | 0.00 | 6,305.00 |
| | | 8plbetter | BetterNOI | 1,550.00 | 507.00 | 525.00 | 0.00 | 518.00 |
| | | 8plbtcrew | Bring The Crew Inc | 800.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| | | 8plbushbros | Bush Bros LLC | 3,650.00 | 0.00 | 0.00 | 0.00 | 3,650.00 |
| | | 8plchadwell | Chadwell Supply, Inc. | 14,207.81 | 6,874.63 | 2,051.48 | 4,754.73 | 526.97 |
| | | 8plcityoflaw | City of Lawrenceville | 4,739.63 | 0.00 | 1,655.06 | 404.14 | 2,680.43 |
| | | 8plclean2gos | Clean 2 Go Services LLC | 24,675.00 | 110.00 | 10,105.00 | 2,250.00 | 12,210.00 |
| | | 8plcssserv | CSS Services, Inc. | 1,035.00 | 0.00 | 0.00 | 0.00 | 1,035.00 |
| | | 8plduenasdr | Duenas Drywall & Remodeling LLC | 12,835.00 | 2,480.00 | 2,380.00 | 1,020.00 | 6,955.00 |
| | | 8plellispart | Ellis Partners in Management Solutions | 992.00 | 0.00 | 0.00 | 0.00 | 992.00 |
| | | 8plelsnerss | Elsner's Superior Flooring Inc | 6,677.96 | 0.00 | 0.00 | 0.00 | 6,677.96 |
| | | 8plevolution | Evolution Reinforcing | 1,050.00 | 1,050.00 | 0.00 | 0.00 | 0.00 |
| | | 8plfalconiou | Falcon IO US Inc | 136.15 | 0.00 | 0.00 | 0.00 | 136.15 |
| | | 8plgmcblues | GMC Blue Service, Inc | 2,630.00 | 0.00 | 0.00 | 0.00 | 2,630.00 |
| | | 8plgwntcwr | Gwinnett County Water Resources | 46,581.22 | 14,121.46 | 0.00 | 9,907.86 | 22,551.90 |
| | | 8plhappyco | HappyCo Inc | 164.00 | 0.00 | 0.00 | 0.00 | 164.00 |
| | | 8plharbcomp | Harb and Company | 1,680.00 | 0.00 | 0.00 | 0.00 | 1,680.00 |
| | | 8plhartmansw | Hartman Simons & Wood LLP | 2,142.00 | 0.00 | 0.00 | 0.00 | 2,142.00 |
| | | 8plhdsupply | HD Supply Facilities Maintenance | 704.23 | 0.00 | 316.29 | 0.00 | 387.94 |
| | | 8pljalluserv | Jallu Services LLC | 250.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| | | 8pljaremod | J & A Remodeling, LLC | 2,400.00 | 0.00 | 0.00 | 0.00 | 2,400.00 |
| | | 8pljunkgigol | Junk Gigolo LLC | 2,150.00 | 0.00 | 0.00 | 0.00 | 2,150.00 |
| | | 8plkensgutte | Ken's Gutters LLC | 1,980.00 | 0.00 | 0.00 | 0.00 | 1,980.00 |
| | | 8pllandmgmt | Landscape Management Services, Inc | 2,275.00 | 1,275.00 | 1,000.00 | 0.00 | 0.00 |
| | | 8plmagiccar | Magic Carpet, Inc. | 740.00 | 0.00 | 0.00 | 265.00 | 475.00 |
| | | 8plmegeneral | M&B General Contractors LLC | 16,140.00 | 0.00 | 0.00 | 0.00 | 16,140.00 |
| | | 8plradixsoft | Radix Software, Inc | 100.00 | 0.00 | 0.00 | 0.00 | 100.00 |
| | | 8plrentersre | Dispo Depot LLC dba Renters Reference Services | 5,816.00 | 1,405.00 | 4,323.00 | 88.00 | 0.00 |
| | | 8plrentgroup | Rent Group Inc. | 3,187.18 | 602.98 | 0.00 | 861.40 | 1,722.80 |
| | | 8plreynoldsr | Reynolds Restoration Group | 2,805.00 | 0.00 | 0.00 | 0.00 | 2,805.00 |
| | | 8plsesmasts | Sesmas Tree Service LLC | 900.00 | 0.00 | 900.00 | 0.00 | 0.00 |
| | | 8plsuperhero | SuperHero Fire Protection | 1,508.00 | 0.00 | 250.00 | 0.00 | 1,258.00 |
| | | 8pltechjunk | Technolojunkies LLC | 200.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| | | 8pltitanpest | Titan Pest Solutions, Inc | 250.00 | 0.00 | 250.00 | 0.00 | 0.00 |
| | | t0302582 | palmar | 511.67 | 511.67 | 0.00 | 0.00 | 0.00 |
| **Total 8carol** | | | | **188,234.07** | **29,779.46** | **29,722.28** | **20,165.08** | **108,567.25** |
| **Grand Total** | | | | **188,234.07** | **29,779.46** | **29,722.28** | **20,165.08** | **108,567.25** |