# Commercial Checking Account



Account number: ██████1284  ■  May 1, 2025 - May 31, 2025  ■  Page 1 of 3

215 PAPER MILL RD PCPRE LLC
OPERATING ACCOUNT
DEBTOR IN POSSESSON
BLDG 1
12945 SEMINOLE BLVD STE 1-5
LARGO FL 33778-2313

### Questions?

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

Online: wellsfargo.com

Write:  Wells Fargo Bank, N.A. (287)
North Florida Jacksonville Rcbo
255 Water St
Jacksonville, FL 32202

## Account summary

### Commercial Checking Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ██████1284 | $44,106.05 | $108,521.03 | -$27,355.10 | $125,271.98 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/01 | 3,662.80 | Sakopartners-8CA Settlement 050125 000023823523418 Yardi Process Master 1 |
| | 05/02 | 1,530.47 | Sakopartners-8CA Settlement 050225 000023845302310 Yardi Process Master 1 |
| | 05/05 | 1,330.00 | Sakopartners_Tpp Settlement 050525 000023868547902 Sako and Partners Lowe |
| | 05/05 | 1,780.14 | Sakopartners-8CA Settlement 050525 000023880522898 Yardi Process Master 1 |
| | 05/05 | 4,930.09 | Sakopartners-8CA Settlement 050525 000023865934810 Yardi Process Master 1 |
| | 05/06 | 5,645.00 | Flex Flex 250506 Ya6755056965418 The Carolina |
| | 05/07 | 1,336.00 | Flex Flex 250506 Ya0360750516378 The Carolina |
| | 05/07 | 1,480.00 | Yardi Card Dep 8Caroltran 050725 xxxxx9151 8Carol-Sako and Partne |
| | 05/07 | 2,005.93 | Sakopartners-8CA Settlement 050725 000023906156042 Yardi Process Master 1 |
| | 05/07 | 4,568.63 | Flex Flex 250506 Ya5461753885966 The Carolina |
| | 05/07 | 5,472.19 | Yardi Card Dep 8Caroltran 050725 xxxxx1571 8Carol-Sako and Partne |
| | 05/07 | 6,508.10 | Yardi Card Dep 8Caroltran 050725 xxxxx9365 8Carol-Sako and Partne |
| | 05/07 | 18,022.46 | Yardi Card Dep 8Caroltran 050725 xxxxx7059 8Carol-Sako and Partne |
| | 05/07 | 33,964.79 | Sakopartners-8CA Settlement 050725 000023906362654 Yardi Process Master 1 |
| | 05/08 | 3,228.54 | Yardi Card Dep 8Caroltran 050825 xxxxx2853 8Carol-Sako and Partne |
| | 05/09 | 2,249.00 | Sakopartners-8CA Settlement 050925 000023924459230 Yardi Process Master 1 |
| | 05/09 | 2,531.74 | Yardi Card Dep 8Caroltran 050925 xxxxx4192 8Carol-Sako and Partne |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.


### Electronic deposits/bank credits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/12 | 1,386.00 | Sakopartners-8CA Settlement 051225 000023933792070 Yardi Process Master 1 |
| | 05/13 | 79.00 | Sakopartners-8CA Settlement 051325 000023948925058 Yardi Process Master 1 |
| | 05/14 | 715.48 | Sakopartners-8CA Settlement 051425 000023957421882 Yardi Process Master 1 |
| | 05/14 | 1,996.73 | Sakopartners-8CA Settlement 051425 000023957305918 Yardi Process Master 1 |
| | 05/15 | 821.47 | Yardi Card Dep 8Caroltran 051525 xxxxx0249 8Carol-Sako and Partne |
| | 05/19 | 200.00 | Sakopartners-8CA Settlement 051925 000023981542202 Yardi Process Master 1 |
| | 05/22 | 75.00 | Sakopartners-8CA Settlement 052225 000024010614598 Yardi Process Master 1 |
| | 05/29 | 270.54 | Yardi Card Dep 8Caroltran 052925 xxxxx4803 8Carol-Sako and Partne |
| | 05/30 | 50.00 | Yardi Card Dep 8Caroltran 053025 xxxxx6633 8Carol-Sako and Partne |
| | 05/30 | 2,680.93 | Sakopartners-8CA Settlement 053025 000024062356938 Yardi Process Master 1 |
| | | **$108,521.03** | **Total electronic deposits/bank credits** |
| | | **$108,521.03** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/05 | 10,171.77 | Online Transfer Xfer Carol Ops to SD Cover PR Ref #Bb0S9Fkkl2 |
| | 05/05 | 13,588.53 | Online Transfer SD True Up Ref #Bb0S9Kts7R |
| | 05/12 | 602.72 | Client Analysis Srvc Chrg 250509 Svc Chge 0425 000007170381284 |
| | | **$24,363.02** | **Total electronic debits/bank debits** |

### Checks paid

| Number | Amount | Date |
|---|---|---|
| 145 | 2,992.08 | 05/05 |
| | **$2,992.08** | **Total checks paid** |
| | **$27,355.10** | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 04/30 | 44,106.05 | 05/06 | 36,232.17 | 05/12 | 118,382.83 |
| 05/01 | 47,768.85 | 05/07 | 109,590.27 | 05/13 | 118,461.83 |
| 05/02 | 49,299.32 | 05/08 | 112,818.81 | 05/14 | 121,174.04 |
| 05/05 | 30,587.17 | 05/09 | 117,599.55 | 05/15 | 121,995.51 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number: ██████1284 ■ May 1, 2025 - May 31, 2025 ■ Page 3 of 3

![Wells Fargo]

**Daily ledger balance summary** (continued)

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/19 | 122,195.51 | 05/29 | 122,541.05 | 05/30 | 125,271.98 |
| 05/22 | 122,270.51 | | | | |

**Average daily ledger balance**        $105,782.57

---

Funds Availability Policy Update

Effective June 4, 2025, we are updating the Funds Availability Policy in our Commercial Account Agreement as follows:

In the "Longer delays may apply" section, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $225 to $275.
- The amount of funds you deposit by check on any one day that may lead to a longer delay in availability of generally no more than seven business days is increasing from $5,525 to $6,725.

---

**The name of your commercial deposit account is changing**

We are updating your commercial deposit product names to our current analyzed deposit product names.
- The name of your account will change by the week of **June 23, 2025.**
- Your account numbers are not changing. Account analysis and service fees are not affected.
- We're sending you a letter and email that has your new account name. You'll also see the change in your statements beginning with the June statement you receive in July.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Commercial Checking Account



Account number: ████████1292  ■ May 1, 2025 - May 31, 2025  ■ Page 1 of 2

215 PAPER MILL RD PCPRE LLC
RENOVATION ACCOUNT
DEBTOR IN POSSESSON
BLDG 1
12945 SEMINOLE BLVD STE 1-5
LARGO FL 33778-2313

### Questions?

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

Online: wellsfargo.com

Write:  Wells Fargo Bank, N.A. (287)
North Florida Jacksonville Rcbo
255 Water St
Jacksonville, FL 32202

## Account summary

### Commercial Checking Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ████████1292 | $146,018.75 | $0.00 | -$133,476.00 | $12,542.75 |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/02 | 30,000.00 | Online Transfer Bk Retainer Car Brit Group 13 Ref #Bb0S8H52Kv |
| | 05/02 | 103,476.00 | Online Transfer Bk Retainer Car Brit Group 13 Ref #Bb0S8H3M6T |
| | | **$133,476.00** | **Total electronic debits/bank debits** |
| | | **$133,476.00** | **Total debits** |

### Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 04/30 | 146,018.75 | 05/02 | 12,542.75 |

**Average daily ledger balance**   $16,848.42

---

Funds Availability Policy Update

Effective June 4, 2025, we are updating the Funds Availability Policy in our Commercial Account Agreement as follows:

In the "Longer delays may apply" section, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $225 to $275.
- The amount of funds you deposit by check on any one day that may lead to a longer delay in availability of generally no more than seven business days is increasing from $5,525 to $6,725.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



**The name of your commercial deposit account is changing**

We are updating your commercial deposit product names to our current analyzed deposit product names.
- The name of your account will change by the week of **June 23, 2025.**
- Your account numbers are not changing. Account analysis and service fees are not affected.
- We're sending you a letter and email that has your new account name. You'll also see the change in your statements beginning with the June statement you receive in July.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Commercial Business Checking



Account number: ▆▆▆▆▆7757 ■ May 1, 2025 - May 31, 2025 ■ Page 1 of 2

215 PAPER MILL RD PCPRE LLC
SECURITY DEPOSIT
DEBTOR IN POSSESSON
CH11 CASE #25-54943 (NGA)
12945 SEMINOLE BLVD STE 1-5
LARGO FL 33778-2313

### Questions?

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Account summary

### Commercial Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ▆▆▆▆7757 | $15,211.47 | $23,760.30 | -$10,171.77 | $28,800.00 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/05 | 10,171.77 | Online Transfer Xfer Carol Ops to SD Cover PR Ref #Bb0S9Fkkl2 |
| | 05/05 | 13,588.53 | Online Transfer SD True Up Ref #Bb0S9Kts7R |
| | | **$23,760.30** | **Total electronic deposits/bank credits** |
| | | **$23,760.30** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 05/05 | 10,171.77 | WT Fed#05059 Bank of Central FL /Ftr/Bnf=Premier Living US LLC Srf# Carol Payroll Trn#250505051240 Rfb# 66 |
| | | **$10,171.77** | **Total electronic debits/bank debits** |
| | | **$10,171.77** | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance |
|---|---|---|---|
| 04/30 | 15,211.47 | 05/05 | 28,800.00 |
| **Average daily ledger balance** | **$27,046.64** | | |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



Funds Availability Policy Update

Effective June 4, 2025, we are updating the Funds Availability Policy in our Commercial Account Agreement as follows:

In the "Longer delays may apply" section, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $225 to $275.
- The amount of funds you deposit by check on any one day that may lead to a longer delay in availability of generally no more than seven business days is increasing from $5,525 to $6,725.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.