The Carolina (8carol)                                                                                                              Page 1

# Statement (12 months)

Period = Dec 2025
Book = Cash

|  |  | Dec 2025 | Total |
|---|---|---:|---:|
| **1-5010-0000** | **REVENUE** |  |  |
| 1-5100-0000 | RENT REVENUE |  |  |
| 1-5110-0000 | GROSS POTENTIAL RENT |  |  |
| 1-5300-0000 | Market Rent | 115,700.00 | 115,700.00 |
| 1-5310-0000 | Gain (Loss) on Market Rent | -1,681.00 | -1,681.00 |
| 1-5319-9999 | GROSS POTENTIAL RENT | 114,019.00 | 114,019.00 |
| 1-5610-0000 | Less: Vacancy | -16,574.19 | -16,574.19 |
| 1-5615-0000 | Less: Down Units | -7,150.00 | -7,150.00 |
| 1-5650-2000 | Less: Concessions (Pref Emp) | -1,450.00 | -1,450.00 |
| 1-5660-0000 | Change in Delinquency | 2,254.83 | 2,254.83 |
| 1-5730-0000 | Plus: Prepaid Rent | 267.06 | 267.06 |
| 1-5799-9000 | NET RENT REVENUE | 91,366.70 | 91,366.70 |
| 1-5800-1000 | OTHER REVENUE |  |  |
| 1-5820-0000 | Month To Month Fee | -39.18 | -39.18 |
| 1-5832-0000 | Pet Rent | 25.00 | 25.00 |
| 1-5840-0000 | Application Fees | 100.00 | 100.00 |
| 1-5842-0000 | Termination Fees | 1,521.22 | 1,521.22 |
| 1-5845-0000 | Late Fees | 295.79 | 295.79 |
| 1-5848-0000 | Damage Waiver Fee | 898.27 | 898.27 |
| 1-5850-0000 | NSF Fees | 25.00 | 25.00 |
| 1-5863-0000 | Trash Income | 591.20 | 591.20 |
| 1-5864-0000 | Water Income | 7,853.83 | 7,853.83 |
| 1-5867-0000 | Electric Income | 80.27 | 80.27 |
| 1-5868-0000 | Pest Control Income | 297.15 | 297.15 |
| 1-5990-1000 | TOTAL OTHER REVENUE | 11,648.55 | 11,648.55 |
| **1-5999-0000** | **TOTAL REVENUE** | **103,015.25** | **103,015.25** |
| **1-6000-0000** | **EXPENSES** |  |  |

# Statement (12 months)

Period = Dec 2025
Book = Cash

|  |  | Dec 2025 | Total |
|---|---|---:|---:|
| 1-6100-0000 | REPAIRS & MAINTENANCE |  |  |
| 1-6110-2100 | Make Ready Supplies | 297.80 | 297.80 |
| 1-6110-2110 | Make Ready Painting | 1,900.00 | 1,900.00 |
| 1-6110-2200 | Make Ready - Unit Cleans | 150.00 | 150.00 |
| 1-6110-2300 | Resurfacing | 900.00 | 900.00 |
| 1-6110-3000 | Plumbing Repairs | 875.00 | 875.00 |
| 1-6130-3000 | Maintenance Supplies & Repairs | 468.43 | 468.43 |
| 1-6150-1500 | Fire Safety | 1,130.00 | 1,130.00 |
| 1-6190-0000 | Landscape Maintenance | 1,000.00 | 1,000.00 |
| 1-6199-9999 | TOTAL REPAIRS & MAINTENANCE | 6,721.23 | 6,721.23 |
|  |  |  |  |
| 1-6210-0000 | SALARIES |  |  |
| 1-6211-0000 | Salaries - Regular | 12,229.20 | 12,229.20 |
| 1-6232-0000 | Bonuses | 374.16 | 374.16 |
| 1-6233-0000 | Overtime Pay | 265.00 | 265.00 |
| 1-6250-0100 | Payroll Taxes | 1,513.16 | 1,513.16 |
| 1-6250-0200 | Insurance Benefits | 202.01 | 202.01 |
| 1-6250-0400 | Workers Compensation Premium | 289.30 | 289.30 |
| 1-6250-0600 | Other Payroll Expenses | 180.09 | 180.09 |
| 1-6250-9999 | TOTAL SALARIES | 15,052.92 | 15,052.92 |
|  |  |  |  |
| 1-6300-0000 | UTILITY EXPENSES |  |  |
| 1-6310-0000 | Electric Common Area | 715.09 | 715.09 |
| 1-6311-0000 | Electric Vacant | 454.79 | 454.79 |
| 1-6330-0000 | Water Common Area | 4,926.41 | 4,926.41 |
| 1-6345-0000 | Trash Removal | 831.50 | 831.50 |
| 1-6360-0000 | Utility Service Fee | 307.50 | 307.50 |
| 1-6399-0000 | TOTAL UTILITIES | 7,235.29 | 7,235.29 |
|  |  |  |  |
| 1-6510-0000 | LEASING & MARKETING |  |  |
| 1-6510-0140 | ADV-Internet | 959.95 | 959.95 |
| 1-6510-9999 | TOTAL LEASING & MARKETING | 959.95 | 959.95 |

## Statement (12 months)

Period = Dec 2025
Book = Cash

| Account | Description | Dec 2025 | Total |
|---|---|---:|---:|
| 1-6520-0000 | ADMINISTRATIVE EXPENSES | | |
| 1-6520-0100 | Accounting Services | 574.00 | 574.00 |
| 1-6520-0150 | Banking Fees | 623.65 | 623.65 |
| 1-6520-0180 | Credit/Criminal Verification | 36.00 | 36.00 |
| 1-6520-0230 | Employee Training & Education | -58.19 | -58.19 |
| 1-6520-0281 | Software Fees | -1,320.28 | -1,320.28 |
| 1-6520-0300 | Office Supplies | 4.00 | 4.00 |
| 1-6520-0320 | Postage | 14.65 | 14.65 |
| 1-6520-0340 | Telephone-Office | 236.33 | 236.33 |
| 1-6520-9999 | TOTAL ADMINISTRATIVE EXPENSES | 110.16 | 110.16 |
| | | | |
| **1-6529-9999** | **TOTAL CONTROLLABLE EXPENSES** | **30,079.55** | **30,079.55** |
| | | | |
| 1-6530-0010 | MANAGEMENT FEES | | |
| 1-6530-0100 | Management Fee | -748.84 | -748.84 |
| 1-6530-9999 | TOTAL MANAGEMENT FEE | -748.84 | -748.84 |
| | | | |
| **1-7990-0000** | **TOTAL OPERATING EXPENSES** | **29,330.71** | **29,330.71** |
| | | | |
| **1-7999-0000** | **NET OPERATING INCOME** | **73,684.54** | **73,684.54** |
| | | | |
| 1-8000-4000 | CAPITAL ITEMS | | |
| 1-8140-0000 | Building Interior Upgrades | 1,162.69 | 1,162.69 |
| 1-8999-9000 | TOTAL CAPITAL ITEMS | 1,162.69 | 1,162.69 |
| | | | |
| 1-9100-0000 | DEBT SERVICE | | |
| 1-9110-0000 | 1st Mortgage Interest | 17,687.23 | 17,687.23 |
| 1-9169-9000 | TOTAL DEBT SERVICE | 17,687.23 | 17,687.23 |
| | | | |
| 1-9170-1000 | NON OPERATING ITEMS | | |
| 1-9180-1000 | Asset Management Fees | -332.82 | -332.82 |
| 1-9180-2000 | Leasing Fees | 73.59 | 73.59 |
| 1-9180-3000 | Professional Fees | 10,000.00 | 10,000.00 |
| 1-9198-9999 | TOTAL NON OPERATING ITEMS | 9,740.77 | 9,740.77 |

The Carolina (8carol) — Page 4

## Statement (12 months)

Period = Dec 2025
Book = Cash

|  |  | Dec 2025 | Total |
|---|---|---:|---:|
| 1-9199-9999 | NET INCOME (LOSS) BEFORE TAX ADJ | 45,093.85 | 45,093.85 |
| 1-9500-0000 | NET INCOME (LOSS) | 45,093.85 | 45,093.85 |

Thursday, January 15, 2026
01:09 PM