# Balance Sheet

Period = Dec 2025
Book = Cash

|  |  | Current Balance |
|---|---|---:|
| **1-1000-0000** | **ASSETS** |  |
| 1-1000-0100 | CURRENT ASSETS: |  |
| 1-1001-0000 | CASH |  |
| 1-1010-0000 | Petty Cash | 300.00 |
| 1-1020-0000 | Cash - Operating Account | 48,928.38 |
| 1-1020-1000 | Cash - Operating Account- Prior MGMT | 36,842.37 |
| 1-1040-0000 | Cash - Security Deposit Acct | 28,175.00 |
| 1-1060-0000 | Cash - Renovation | 12,542.75 |
| 1-1110-0000 | Mortgage Escrows - Tax Escrow | 120,589.91 |
| 1-1120-0000 | Mortgage Escrows - Insurance Escrow | 7,458.70 |
| 1-1140-0000 | Mortgage Escrows - Replacement Reserve | 40,874.47 |
| 1-1199-9999 | TOTAL CASH | 295,711.58 |
| 1-1200-0000 | RECEIVABLES |  |
| 1-1210-0000 | Accounts Receivable - Tenants | 53,040.20 |
| 1-1295-0000 | Other Receivables | 3,380.00 |
| 1-1299-9998 | TOTAL RECEIVABLES | 56,420.20 |
| 1-1300-0000 | PREPAID EXPENSES |  |
| 1-1301-0000 | Prepaid Property Insurance | 183,428.33 |
| 1-1310-0000 | Prepaid Expenses - Other | 1,498.12 |
| 1-1399-9995 | TOTAL PREPAID EXPENSES | 184,926.45 |
| 1-1499-9999 | TOTAL CURRENT ASSETS | 537,058.23 |
| 1-1500-0000 | FIXED ASSETS |  |
| 1-1505-0000 | Land Improvements | 5,350.00 |
| 1-1510-0000 | Buildings | 8,442,900.00 |
| 1-1510-6000 | Parking Deck | 3,200.00 |
| 1-1515-0000 | Building Improvements | 214,957.11 |
| 1-1517-8500 | Capital - HVAC/Mechanical | 30,105.81 |
| 1-1517-8700 | Capital - Roofing | 4,050.00 |
| 1-1525-0000 | Equipment - Other | 753.43 |
| 1-1535-0000 | Computer Equipment | 4,961.17 |
| 1-1545-0000 | Furniture And Fixtures - Other | 47,084.09 |
| 1-1570-0000 | Other Fixed Assets | 128,029.14 |
| 1-1580-0000 | Accumulated Amortization | 79,816.46 |
| 1-1590-0000 | Less Accumulated Depreciation | 39,291.05 |
| 1-1599-9999 | NET FIXED ASSETS | 9,000,498.26 |
| 1-1600-0000 | OTHER ASSETS |  |
| 1-1700-0000 | Utility Deposits | 5,878.89 |
| 1-1730-1000 | Due from Related Party | 192,591.18 |
| 1-1990-9999 | TOTAL OTHER ASSETS | 198,470.07 |
| **1-1999-9999** | **TOTAL ASSETS** | **9,736,026.56** |

# Balance Sheet

Period = Dec 2025

Book = Cash

| | | Current Balance |
|---|---|---:|
| 1-2000-0000 | **LIABILITIES** | |
| 1-2001-0000 | SHORT-TERM LIABILITIES | |
| 1-2110-1000 |    Accounts Payable- Prior MGMT | 44,869.40 |
| 1-2130-0000 |    Accounts Payable - Other | 69,468.65 |
| 1-2140-0000 |    Tenant Security Dep | 27,925.00 |
| 1-2150-2000 |    Due to Related Party | 2,343.84 |
| 1-2150-2100 |    Due to/from Premier Living US | 1,600.90 |
| 1-2200-0000 |    Deferred Revenue | 900.00 |
| 1-2210-0000 |    Prepaid Rent | 27.28 |
| 1-2250-0000 |    Accrued Interest Payable | -29,940.52 |
| 1-2260-0000 |    Accrued Property Taxes Payable | -37,610.00 |
| 1-2299-9999 | TOTAL SHORT-TERM LIABILITIES | 79,584.55 |
| 1-2300-0000 | LONG-TERM LIABILITIES | |
| 1-2500-0000 |    First Mortgage Payable | 6,563,091.11 |
| 1-2540-0001 |    Manager Loan | 162,933.78 |
| 1-2999-9999 | TOTAL LONG-TERM LIABILITIES | 6,726,024.89 |
| 1-3000-0000 | EQUITY | |
| 1-3103-0000 |    Current Cash Flow (Deficit) | 630,546.58 |
| 1-3200-0100 |    Contributions | 3,065,759.66 |
| 1-3300-0000 |    Partner Withdrawals | -856,941.42 |
| 1-3400-0000 |    Retained Earnings | 91,052.30 |
| 1-4599-9999 | TOTAL EQUITY | 2,930,417.12 |
| **1-4999-9999** | **TOTAL LIABILITIES & EQUITY** | **9,736,026.56** |