## Delinquency

As Of: 12/31/2025

| Property Unit | Resident Code | Resident Status | Total Charges | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Total Owed |
|---|---|---|---:|---:|---:|---:|---:|---:|
| 8carol - The Carolina | | | | | | | | |
| 01C | t0282722 | Current | 2,978.48 | 200.00 | 937.24 | 440.82 | 1,400.42 | 2,978.48 |
| 01G | t0295712 | Current | 82.78 | 0.00 | 82.78 | 0.00 | 0.00 | 82.78 |
| 02B | t0282729 | Current | 0.24 | 0.00 | 0.24 | 0.00 | 0.00 | 0.24 |
| 02F | t0303065 | Current | 82.78 | 0.00 | 82.78 | 0.00 | 0.00 | 82.78 |
| 02G | t0282732 | Current | 5.49 | 0.00 | 5.49 | 0.00 | 0.00 | 5.49 |
| 03E | t0315186 | Current | 152.68 | 0.00 | 151.95 | 0.73 | 0.00 | 152.68 |
| 05B | t0282749 | Current | 482.55 | 0.00 | 112.78 | 25.32 | 344.45 | 482.55 |
| 05G | t0289529 | Current | 85.81 | 0.00 | 85.81 | 0.00 | 0.00 | 85.81 |
| 05I | t0282756 | Current | 2.78 | 0.00 | 2.78 | 0.00 | 0.00 | 2.78 |
| 05N | t0323299 | Current | 311.66 | 200.00 | 111.66 | 0.00 | 0.00 | 311.66 |
| 06A | t0303601 | Current | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| 06H | t0282767 | Current | 955.07 | 0.00 | 151.95 | 166.46 | 636.66 | 955.07 |
| 06K | t0284796 | Current | 1,030.64 | 200.00 | 708.79 | 121.85 | 0.00 | 1,030.64 |
| 06L | t0289322 | Current | 1,634.63 | 250.00 | 1,262.78 | 121.85 | 0.00 | 1,634.63 |
| 06O | t0282773 | Current | 98.55 | 0.00 | 19.10 | 0.00 | 79.45 | 98.55 |
| 07F | t0286400 | Current | 121.95 | 0.00 | 121.95 | 0.00 | 0.00 | 121.95 |
| 08E | t0294857 | Current | 44.63 | 44.63 | 0.00 | 0.00 | 0.00 | 44.63 |
| 08F | t0288048 | Notice | 300.00 | 300.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| **Total 8carol - The Carolina** | | | **8,570.72** | **1,394.63** | **3,838.08** | **877.03** | **2,460.98** | **8,570.72** |
| **Grand Total** | | | **8,570.72** | **1,394.63** | **3,838.08** | **877.03** | **2,460.98** | **8,570.72** |