# Payables Aging Report

Page 1

8carol
Period: 12/2025
As of : 12/31/2025

| Property Code | Property Name | Payee Code | Payee Name | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed |
|---|---|---|---|---|---|---|---|---|
| 8carol | The Carolina | | | | | | | |
| | | 8pl1tomplumb | Initech Plumbing LLC dba 1-Tom-Plumber Lawrenceville | 5,137.50 | 0.00 | 0.00 | 0.00 | 5,137.50 |
| | | 8pl3dfloorp | 3D Floor Plans LLC | 325.00 | 0.00 | 0.00 | 0.00 | 325.00 |
| | | 8pl44applian | 44 Appliance & Supply Company, Inc. | 6,330.10 | 0.00 | 0.00 | 0.00 | 6,330.10 |
| | | 8plapart247 | Apartments 24-7.com | 638.57 | 224.95 | 0.00 | 0.00 | 413.62 |
| | | 8plapartcom | Apartments.com | 1,964.00 | 0.00 | 408.00 | 0.00 | 1,556.00 |
| | | 8platt | AT&T | 723.86 | 226.34 | 0.00 | 0.00 | 497.52 |
| | | 8plbanyanuti | Banyan Utility | 520.00 | 0.00 | 0.00 | 0.00 | 520.00 |
| | | 8plbbhomemai | B&B Home Maintenance | 6,305.00 | 0.00 | 0.00 | 0.00 | 6,305.00 |
| | | 8plbetter | BetterNOI | 1,550.00 | 0.00 | 0.00 | 0.00 | 1,550.00 |
| | | 8plbtcrew | Bring The Crew Inc | 800.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| | | 8plbushbros | Bush Bros LLC | 3,650.00 | 0.00 | 0.00 | 0.00 | 3,650.00 |
| | | 8plchadwell | Chadwell Supply, Inc. | 13,952.35 | 0.00 | 0.00 | 0.00 | 13,952.35 |
| | | 8plcityoflaw | City of Lawrenceville | 6,673.04 | 1,860.86 | 0.00 | 0.00 | 4,812.18 |
| | | 8plclean2gos | Clean 2 Go Services LLC | 41,245.00 | 0.00 | 0.00 | 0.00 | 41,245.00 |
| | | 8plcssserv | CSS Services, Inc. | 1,035.00 | 0.00 | 0.00 | 0.00 | 1,035.00 |
| | | 8pldiazgroup | Diaz Group LLC | 1,250.00 | 1,250.00 | 0.00 | 0.00 | 0.00 |
| | | 8plduenasdr | Duenas Drywall & Remodeling LLC | 14,435.00 | 0.00 | 0.00 | 0.00 | 14,435.00 |
| | | 8plellispart | Ellis Partners in Management Solutions | 992.00 | 0.00 | 0.00 | 0.00 | 992.00 |
| | | 8plelsnerss | Elsner's Superior Flooring Inc | 6,677.96 | 0.00 | 0.00 | 0.00 | 6,677.96 |
| | | 8plevolution | Evolution Reinforcing | 19,650.00 | 1,000.00 | 0.00 | 0.00 | 18,650.00 |
| | | 8plfalconiou | Falcon IO US Inc | 136.15 | 0.00 | 0.00 | 0.00 | 136.15 |
| | | 8plgmcblues | GMC Blue Service, Inc | 4,530.00 | 0.00 | 0.00 | 0.00 | 4,530.00 |
| | | 8plgwntcwr | Gwinnett County Water Resources | 53,932.45 | 7,351.23 | 0.00 | 0.00 | 46,581.22 |
| | | 8plhappyco | HappyCo Inc | 164.00 | 0.00 | 0.00 | 0.00 | 164.00 |
| | | 8plharbcomp | Harb and Company | 1,680.00 | 0.00 | 0.00 | 0.00 | 1,680.00 |
| | | 8plhartmansw | Hartman Simons & Wood LLP | 2,142.00 | 0.00 | 0.00 | 0.00 | 2,142.00 |
| | | 8plhdsupply | HD Supply Facilities Maintenance | 1,098.10 | 0.00 | 0.00 | 0.00 | 1,098.10 |
| | | 8pljalluserv | Jallu Services LLC | 250.00 | 0.00 | 0.00 | 0.00 | 250.00 |
| | | 8pljaremod | J & A Remodeling, LLC | 2,400.00 | 0.00 | 0.00 | 0.00 | 2,400.00 |
| | | 8pljunkgigol | Junk Gigolo LLC | 2,150.00 | 0.00 | 0.00 | 0.00 | 2,150.00 |
| | | 8plkensgutte | Ken's Gutters LLC | 1,980.00 | 0.00 | 0.00 | 0.00 | 1,980.00 |

Thursday, January 15, 2026
01:05 PM

# Payables Aging Report

8carol
Period: 12/2025
As of : 12/31/2025

| Property Code | Property Name | Payee Code | Payee Name | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed |
|---|---|---|---|---|---|---|---|---|
| | | 8pllandmgmt | Landscape Management Services, Inc | 2,275.00 | 0.00 | 0.00 | 0.00 | 2,275.00 |
| | | 8plmagiccar | Magic Carpet, Inc. | 740.00 | 0.00 | 0.00 | 0.00 | 740.00 |
| | | 8plmegeneral | M&B General Contractors LLC | 16,140.00 | 0.00 | 0.00 | 0.00 | 16,140.00 |
| | | 8plprosperit | Prosperity Capital Partners | 4,197.35 | 2,060.31 | 0.00 | 0.00 | 2,137.04 |
| | | 8plradixsoft | Radix Software, Inc | 100.00 | 0.00 | 0.00 | 0.00 | 100.00 |
| | | 8plrentersre | Dispo Depot LLC dba Renters Reference Services | 5,816.00 | 0.00 | 0.00 | 0.00 | 5,816.00 |
| | | 8plrentgroup | Rent Group Inc. | 3,187.18 | 0.00 | 0.00 | 0.00 | 3,187.18 |
| | | 8plreynoldsr | Reynolds Restoration Group | 2,805.00 | 0.00 | 0.00 | 0.00 | 2,805.00 |
| | | 8plrightpric | Right Price Plumbing And Septic LLC | 900.00 | 900.00 | 0.00 | 0.00 | 0.00 |
| | | 8plsesmasts | Sesmas Tree Service LLC | 900.00 | 0.00 | 0.00 | 0.00 | 900.00 |
| | | 8plsuperhero | SuperHero Fire Protection | 1,508.00 | 0.00 | 0.00 | 0.00 | 1,508.00 |
| | | 8pltechjunk | Technolojunkies LLC | 200.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| | | 8pltitanpest | Titan Pest Solutions, Inc | 500.00 | 0.00 | 250.00 | 0.00 | 250.00 |
| | | 8plus | Premier Living US LLC | 11,227.07 | 4,635.69 | 0.00 | 0.00 | 6,591.38 |
| | | alphackserv | Alpha Creek Services LLC | 574.00 | 574.00 | 0.00 | 0.00 | 0.00 |
| **Total 8carol** | | | | 255,386.68 | 20,083.38 | 658.00 | 0.00 | 234,645.30 |
| | | | | | | | | |
| **Grand Total** | | | | 255,386.68 | 20,083.38 | 658.00 | 0.00 | 234,645.30 |