# Commercial Business Checking



Account number: ████7757 ▪ December 1, 2025 - December 31, 2025 ▪ Page 1 of 1

215 PAPER MILL RD PCPRE LLC
SECURITY DEPOSIT
DEBTOR IN POSSESSON
CH11 CASE #25-54943 (NGA)
12945 SEMINOLE BLVD STE A200
LARGO FL 33778-2319

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

Write: Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

# Account summary

## Commercial Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ████7757 | $30,475.00 | $0.00 | -$2,300.00 | $28,175.00 |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/16 | 600.00 | Online Transfer SD Trueup Ref #Bb0W46Zs74 |
| | 12/31 | 1,700.00 | Online Transfer SD Trueup Ref #Bb0W9Msffz |
| | | $2,300.00 | **Total electronic debits/bank debits** |
| | | $2,300.00 | **Total debits** |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/30 | 30,475.00 | 12/16 | 29,875.00 | 12/31 | 28,175.00 |

**Average daily ledger balance**     $30,110.48