# WellsOne® Account



Account number: ██████1284 ■ December 1, 2025 - December 31, 2025 ■ Page 1 of 4

215 PAPER MILL RD PCPRE LLC
OPERATING ACCOUNT
DEBTOR IN POSSESSON
CH11 CASE #25-54943 (NGA)
12945 SEMINOLE BLVD STE A200
LARGO FL 33778-2319

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

Online: wellsfargo.com

Write:  Wells Fargo Bank, N.A. (287)
        North Florida Jacksonville Rcbo
        255 Water St
        Jacksonville, FL 32202

## Account summary

### WellsOne® Account

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ██████1284 | $47,541.97 | $111,855.52 | -$111,595.61 | $47,801.88 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 12/02 | 91.85 | Yardi Card Dep 8Caroltran 120225 xxxxx8782 8Carol-Sako and Partne |
| | 12/02 | 91.85 | Yardi Card Dep 8Caroltran 120225 xxxxx8322 8Carol-Sako and Partne |
| | 12/03 | 1,480.00 | Sakopartners_Tpp Settlement 120325 000025661648626 Sako and Partners Lowe |
| | 12/03 | 1,626.17 | Online Transfer Xfer Lawrencev to Carol Cover Mort Neg Bal Ref #Bb0Vx99R3K |
| | 12/03 | 4,182.36 | Sakopartners-8CA Settlement 120325 000025660918506 Yardi Process Master 1 |
| | 12/03 | 10,863.24 | Sakopartners-8CA Settlement 120325 000025661057738 Yardi Process Master 1 |
| | 12/04 | 136.46 | Yardi Card Dep 8Caroltran 120425 xxxxx8164 8Carol-Sako and Partne |
| | 12/04 | 1,601.41 | Sakopartners-8CA Settlement 120425 000025674933230 Yardi Process Master 1 |
| | 12/04 | 4,588.63 | Sakopartners-8CA Settlement 120425 000025675596606 Yardi Process Master 1 |
| | 12/05 | 1,500.00 | Yardi Card Dep 8Caroltran 120525 xxxxx0366 8Carol-Sako and Partne |
| | 12/05 | 2,794.00 | Flex Rent 251205 Ya6593345997992 Yardi Ya6593345997992 |
| | 12/05 | 3,502.20 | Sakopartners-8CA Settlement 120525 000025688174746 Yardi Process Master 1 |
| | 12/05 | 6,221.70 | Sakopartners-8CA Settlement 120525 000025688354634 Yardi Process Master 1 |
| | 12/05 | 7,414.80 | Yardi Card Dep 8Caroltran 120525 xxxxx7118 8Carol-Sako and Partne |
| | 12/05 | 12,436.36 | Flex Rent 251204 Ya9040130063012 Yardi Ya9040130063012 |
| | 12/08 | 1,462.78 | Sakopartners_Tpp Settlement 120825 000025705163970 Sako and Partners Lowe |
| | 12/08 | 1,558.63 | Sakopartners-8CA Settlement 120825 000025712513362 Yardi Process Master 1 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



## Electronic deposits/bank credits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 12/08 | 1,591.12 | Sakopartners-8CA Settlement 120825 000025712426578 Yardi Process Master 1 |
| | 12/08 | 1,653.41 | Sakopartners-8CA Settlement 120825 000025701604194 Yardi Process Master 1 |
| | 12/08 | 2,952.41 | Flex Rent 251208 Ya7377962326537 Yardi Ya7377962326537 |
| | 12/08 | 7,928.70 | Yardi Card Dep 8Caroltran 120825 xxxxx6449 8Carol-Sako and Partne |
| | 12/08 | 10,348.15 | Sakopartners-8CA Settlement 120825 000025701809574 Yardi Process Master 1 |
| | 12/09 | 3,104.55 | Yardi Card Dep 8Caroltran 120925 xxxxx8170 8Carol-Sako and Partne |
| | 12/10 | 1,460.63 | Yardi Card Dep 8Caroltran 121025 xxxxx3229 8Carol-Sako and Partne |
| | 12/10 | 3,238.41 | Sakopartners-8CA Settlement 121025 000025730583542 Yardi Process Master 1 |
| | 12/11 | 1,687.78 | Sakopartners-8CA Settlement 121125 000025739740830 Yardi Process Master 1 |
| | 12/11 | 4,729.96 | Yardi Card Dep 8Caroltran 121125 xxxxx1163 8Carol-Sako and Partne |
| | 12/12 | 1,650.00 | Sakopartners-8CA Settlement 121225 000025747906854 Yardi Process Master 1 |
| | 12/15 | 82.78 | Yardi Card Dep 8Caroltran 121525 xxxxx4774 8Carol-Sako and Partne |
| | 12/15 | 161.12 | Sakopartners-8CA Settlement 121525 000025756667458 Yardi Process Master 1 |
| | 12/16 | 100.00 | Yardi Card Dep 8Caroltran 121625 xxxxx0433 8Carol-Sako and Partne |
| | 12/16 | 100.00 | Sakopartners-8CA Settlement 121625 000025771832334 Yardi Process Master 1 |
| | 12/16 | 600.00 | Online Transfer SD Trueup Ref #Bb0W46Zs74 |
| | 12/17 | 3,861.82 | Sakopartners-8CA Settlement 121725 000025780596122 Yardi Process Master 1 |
| | 12/22 | 100.00 | Sakopartners-8CA Settlement 122225 000025804271730 Yardi Process Master 1 |
| | 12/22 | 2,760.00 | Sakopartners-8CA Settlement 122225 000025811288162 Yardi Process Master 1 |
| | 12/24 | 121.95 | Yardi Card Dep 8Caroltran 122425 xxxxx5284 8Carol-Sako and Partne |
| | 12/24 | 165.56 | Yardi Card Dep 8Caroltran 122425 xxxxx6420 8Carol-Sako and Partne |
| | 12/30 | 121.95 | Yardi Card Dep 8Caroltran 123025 xxxxx3110 8Carol-Sako and Partne |
| | 12/31 | 82.78 | Yardi Card Dep 8Caroltran 123125 xxxxx1787 8Carol-Sako and Partne |
| | 12/31 | 1,700.00 | Online Transfer SD Trueup Ref #Bb0W9Msffz |
| | | **$111,855.52** | **Total electronic deposits/bank credits** |
| | | **$111,855.52** | **Total credits** |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---:|---|---|
| | 12/01 | 595.59 | | Online Transfer Xfer Carol to Pcp CC Home Depot Ref #Bb0Vwm5H5K |
| | 12/01 | 10,000.00 | | ACH Prep Origintn - 215 Paper Mill R - File 7878782339 Coid 3853323494 |
| | 12/02 | 53,660.00 | | Greystoneselect Sweb Pymnt 1143080232 The Carolina |
| | 12/03 | 1,621.85 | < | Business to Business ACH Debit - Sakopartners-8CA Return 120325 000025656478106 Yardi Process Master 1 |
| | 12/05 | 36.00 | | ACH Prep Origintn - 215 Paper Mill R - File 7878782339 Coid 3853323494 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.



### Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | | Transaction detail |
|---|---|---:|---|---|
| | 12/05 | 1,900.00 | | ACH Prep Origintn - 215 Paper Mill R - File 7878782339 Coid 3853323494 |
| | 12/05 | 7,322.08 | | ACH Prep Origintn - 215 Paper Mill R - File 7878782339 Coid 3853323494 |
| | 12/05 | 236.33 | | ATT Payment 120425 543176002Myw9W Carolina Apartments |
| | 12/08 | 1,626.17 | | Online Transfer Xfer Carol to Lawrencev Recover Mort Assis Ref #Bb0Vz9F52S |
| | 12/08 | 862.48 | | Gwinnett Cty Gov Dwr Online 251206 008912189822 215 Paper Mill Rd Pcpr |
| | 12/08 | 1,011.76 | | Gwinnett Cty Gov Dwr Online 251206 008912189819 215 Paper Mill Rd Pcpr |
| | 12/08 | 1,412.78 | < | Business to Business ACH Debit - Sakopartners-8CA Return 120825 000025697394174 Yardi Process Master 1 |
| | 12/08 | 1,514.14 | | Gwinnett Cty Gov Dwr Online 251206 008912189817 215 Paper Mill Rd Pcpr |
| | 12/08 | 1,538.03 | | Gwinnett Cty Gov Dwr Online 251206 008912189826 215 Paper Mill Rd Pcpr |
| | 12/10 | 307.50 | | ACH Prep Origintn - 215 Paper Mill R - File 7878782339 Coid 3853323494 |
| | 12/10 | 864.90 | | Online Transfer Xfer Carol to Pcp CC Cover Amazon Ref #Bb0Vzzrknx |
| | 12/10 | 1,000.00 | | ACH Prep Origintn - 215 Paper Mill R - File 7878782339 Coid 3853323494 |
| | 12/10 | 1,050.00 | | ACH Prep Origintn - 215 Paper Mill R - File 7878782339 Coid 3853323494 |
| | 12/10 | 1,804.22 | | Online Transfer Xfer Carol to Pcp Am Fees Nov 2025 Ref #Bb0Vzzgr7x |
| | 12/10 | 4,059.50 | | ACH Prep Origintn - 215 Paper Mill R - File 7878782339 Coid 3853323494 |
| | 12/10 | 3,502.20 | < | Business to Business ACH Debit - Sakopartners-8CA Return 121025 000025728520226 Yardi Process Master 1 |
| | 12/11 | 623.65 | | Client Analysis Srvc Chrg 251210 Svc Chge 1125 000007170381284 |
| | 12/11 | 224.95 | < | Business to Business ACH Debit - Apartments24-7.C Sale 251211 215 Paper Mill Rd Pcpr |
| | 12/11 | 735.00 | < | Business to Business ACH Debit - Zillow Rentals N Subscripti 251210 3812779 215 Paper Mill Rd Pcpr |
| | 12/12 | 14.65 | < | Business to Business ACH Debit - Alpha Creek Op Cash Con 120925 Pcpre The Carolina |
| | 12/12 | 29.00 | < | Business to Business ACH Debit - Alpha Creek Op Cash Con 120925 Pcpre The Carolina |
| | 12/12 | 369.00 | < | Business to Business ACH Debit - Alpha Creek Op Cash Con 120925 Pcpre The Carolina |
| | 12/12 | 574.00 | < | Business to Business ACH Debit - Alpha Creek Op Cash Con 120925 Pcpre The Carolina |
| | 12/18 | 7,734.84 | | ACH Prep Origintn - P8Carol12-19-25 - File 7878782339 Coid 3853323494 |
| | 12/19 | 1,130.00 | | ACH Prep Origintn - 215 Paper Mill R - File 7878782339 Coid 3853323494 |
| | 12/19 | 1,350.00 | | ACH Prep Origintn - 215 Paper Mill R - File 7878782339 Coid 3853323494 |
| | 12/19 | 2,001.38 | | Online Transfer Xfer Carol to Pcp Cover CC Pay City Lawren Ref #Bb0W5F3Vq8 |
| | 12/22 | 883.61 | | Gwinnett Cty Gov Dwr Online 251220 008912235483 215 Paper Mill Rd Pcpr |
| | | **$111,595.61** | | **Total electronic debits/bank debits** |
| | | **$111,595.61** | | **Total debits** |

< **Business to Business ACH:** If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

### Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 11/30 | 47,541.97 | 12/03 | 0.00 | 12/08 | 50,230.99 |
| 12/01 | 36,946.38 | 12/04 | 6,326.50 | 12/09 | 53,335.54 |
| 12/02 | -16,529.92 | 12/05 | 30,701.15 | 12/10 | 45,446.26 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number:  ▮▮▮▮▮1284 ■ December 1, 2025-December 31, 2025 ■ Page 4 of 4



### Daily ledger balance summary *(continued)*

| Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|
| 12/11 | 50,280.40 | 12/17 | 55,849.47 | 12/24 | 45,897.15 |
| 12/12 | 50,943.75 | 12/18 | 48,114.63 | 12/30 | 46,019.10 |
| 12/15 | 51,187.65 | 12/19 | 43,633.25 | 12/31 | 47,801.88 |
| 12/16 | 51,987.65 | 12/22 | 45,609.64 | | |

**Average daily ledger balance**     $40,949.45

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.