**In re: 215 Paper Mill Rd PCPRE, LLC d/b/a The Carolina**
**Case No.: 25-54943**

## Notes

1. **Beginning Cash Balance.**

   The beginning cash balance on this report matches the beginning cash balance on the attached bank statements, but differs from the ending cash balance on the November 2025 operating report. Prior monthly operating reports reflected certain accrued disbursements which had not cleared the Debtor's accounts as of the end of the month; therefore, the ending cash balance on the report and the ending cash balance on the bank statements were not consistent. The inconsistency is corrected in this report and only cash receipts and disbursements are reflected.

2. **Payments to Professionals.**

   Pursuant to the Final Order Authorizing Debtor to Use Cash Collateral of Federal National Mortgage Association and Providing Adequate Protection [Dkt. No. 45], the Debtor has paid a total of $70,000 post-petition to Scroggins, Williamson & Ray, P.C. as a carveout to be held in escrow for the payment of its approved fees and expenses.